IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEOFFREY L. BURTCH, CHAPTER 7 TRUSTEE, FACTORY 2-U STORES, INC., et al.,<br><br>       Plaintiff,<br><br>v.<br><br>MILBERG FACTORS, INC., CAPITAL FACTORS, INC., THE CIT GROUP/COMMERICAL SERVICES, INC., GMAC COMMERCIAL FINANCE LLC, HSBC BUSINESS CREDIT (USA) INC., ROSENTHAL AND ROSENTHAL, INC., STERLING FACTORS CORPORATION, WELL FARGO CENTURY, INC.,<br><br>       Defendants. | Civil Action No. 1:07-cv-00556-*** |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Lloyd M. Green, Esquire to represent GMAC Commercial Finance LLC in the above captioned bankruptcy proceedings.

Dated: October 12, 2007
Wilmington, Delaware

Respectfully submitted,

EDWARDS ANGELL PALMER & DODGE LLP

/s/ Mark D. Olivere
Stuart M. Brown (No. 4050)
Mark D. Olivere (No. 4291)
919 North Market Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 777-7770
Facsimile: (302) 777-7263
sbrown@eapdlaw.com
molivere@eapdlaw.com

*Counsel for GMAC Commercial Finance LLC*

**CERTIFICATION OF COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission *pro hac vice* to this Court. I am admitted to practice in good standing in the State of New York and the District of Columbia. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of this action. I have access to, or have acquired a copy of the Local Rules of this Court and am generally familiar with such Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

_____
Lloyd M. Green, Esq.
Otterbourg, Steindler, Houston & Rosen, P.C.
230 Park Avenue, 29th Floor
New York, New York 10169
Telephone: (212) 661-9100
Telecopier: (212) 682-6104
lgreen@oshr.com

*Counsel for GMAC Commercial Finance LLC*

Dated: October 12, 2007

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

_____
United States District Judge

Dated: _____, 2007

897614.1

**CERTIFICATE OF SERVICE**

I, Mark D. Olivere hereby certify that on the 12th day of October, 2007, I caused two copies of the foregoing **MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*** to be served upon the parties listed below in the manner indicated:

**VIA HAND DELIVERY**

George R. Tsakataras, Esq.
Robert W. Pedigo, Esq.
Shelley A. Kinsella, Esq.
COOCH & TAYLOR
824 N. Market Street, Suite 1000
Wilmington, DE 19899

Joseph D. Mancano, Esq.
Anthony J. Basinski, Esq.
Bryan S. Neft, Esq.
Divya Wallace, Esq.
PIETRAGALLO BOSICK & GORDON LLP
1255 Drummers Lane, Suite 105
Wayne, PA 19087
*Attorneys for Plaintiff, Jeoffrey L. Burtch,
Chapter 7 Trustee*

/s/ Mark D. Olivere
Mark D. Olivere (No. 4291)