IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEOFFREY L. BURTCH, CHAPTER 7 TRUSTEE, FACTORY 2-U STORES, INC., et al.,<br><br>    Plaintiff,<br><br>    v.<br><br>MILBERG FACTORS, INC., CAPITAL FACTORS, INC., THE CIT GROUP/COMMERICAL SERVICES, INC., GMAC COMMERCIAL FINANCE LLC, HSBC BUSINESS CREDIT (USA) INC., ROSENTHAL AND ROSENTHAL, INC., STERLING FACTORS CORPORATION, WELL FARGO CENTURY, INC.,<br><br>    Defendants. | Civil Action No. 1:07-cv-00556-*** |

## **STIPULATION AND ORDER**

It is hereby stipulated and agreed that the last day for defendant GMAC COMMERCIAL FINANCE LLC to answer or otherwise move with respect to the Summons and Complaint in the above-captioned action is extended from November 19, 2007 to December 31, 2007.

|  | Respectfully submitted, |
|---|---|
| COOCH & TAYLOR<br><br>/s/ Shelley A. Kinsella<br>Shelley A. Kinsella (No. 4023)<br>824 Market Street, Suite 1000<br>P.O. Box 1680<br>Wilmington, Delaware 19899-1680<br>Tel: (302) 984-3891<br>Fax: (302) 984-3939<br>Email: skinsella@coochtaylor.com<br><br>-and- | EDWARDS ANGELL PALMER & DODGE LLP<br><br>/s/ Mark D. Olivere<br>Stuart M. Brown (No. 4050)<br>Mark D. Olivere (No. 4291)<br>919 N. Market Street, Suite 1500<br>Wilmington, Delaware 19801<br>Tel: (302) 777-7770<br>Fax: (302) 777-7263<br>smbrown@eapdlaw.com<br>molivere@eapdlaw.com<br><br>-and- |

908664.1
WLM 511115.1

| | |
|---|---|
| PIETRAGALLO BOSICK & GORDON, LLP | OTTERBOURG, STEINDLER HOUSTON & ROSEN, P.C. |
| */s/ Joseph D. Mancano*<br>Joseph D. Mancano<br>Four Glenhardie Corporate Center<br>1255 Drummers Lane, Suite 105<br>Wayne, Pennsylvania 19087<br>Tel: (412) 263-2000<br>Fax: (412) 263-2001<br>jdm@pbandg.com | Daniel Wallen<br>Bernard Beitel<br>Lloyd M. Green<br>230 Park Avenue<br>New York, New York 101069<br>Tel: (212) 661-9100<br>Fax: (212) 682-6104<br>dwallen@oshr.com<br>bbeitel@oshr.com<br>lgreen@oshr.com |
| Counsel for Plaintiff Jeoffrey L. Burtch, Chapter 7 Trustee | Counsel for Defendant GMAC Commercial Finance LLC |

Dated: October ___, 2007

SO ORDERED

_____
Honorable Leonard P. Stark
United States Magistrate Judge

908664.1
WLM 511115.1