IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEOFFREY L. BURTCH, CHAPTER 7 TRUSTEE, FACTORY 2-U STORES, INC., et al.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MILBERG FACTORS, INC., CAPITAL FACTORS, INC., THE CIT GROUP/COMMERICAL SERVICES, INC., GMAC COMMERCIAL FINANCE LLC, HSBC BUSINESS CREDIT (USA) INC., ROSENTHAL AND ROSENTHAL, INC., STERLING FACTORS CORPORATION, WELL FARGO CENTURY, INC.,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)　Civil Action No. 1:07-cv-00556-***<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **STIPULATION AND ORDER**

It is hereby stipulated and agreed that the last day for defendant WELLS FARGO CENTURY, INC. to answer or otherwise move with respect to the Summons and Complaint in the above-captioned action is extended from November 26, 2007 to December 31, 2007.

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

COOCH & TAYLOR　　　　　　　　　　　　EDWARDS ANGELL PALMER
　　　　　　　　　　　　　　　　　　　　　　& DODGE LLP

_/s/ Shelley Kinsella_　　　　　　　　　　　　_/s/ Mark Olivere_
Shelley A. Kinsella (No. 4023)　　　　　　　　Stuart M. Brown (No. 4050)
824 Market Street, Suite 1000　　　　　　　　Mark D. Olivere (No. 4291)
P.O. Box 1680　　　　　　　　　　　　　　　919 N. Market Street, Suite 1500
Wilmington, Delaware 19899-1680　　　　　　Wilmington, Delaware 19801
Tel: (302) 984-3891　　　　　　　　　　　　Tel: (302) 777-7770
Fax: (302) 984-3939　　　　　　　　　　　　Fax: (302) 777-7263
Email: skinsella@coochtaylor.com　　　　　　smbrown@eapdlaw.com
　　　　　　　　　　　　　　　　　　　　　　molivere@eapdlaw.com

-and-　　　　　　　　　　　　　　　　　　　-and-

908889.1
WLM 511114.1

| | |
|---|---|
| PIETRAGALLO BOSICK & GORDON, LLP | OTTERBOURG, STEINDLER HOUSTON & ROSEN, P.C. |
| *[signature]* | |
| Joseph D. Mancano | Daniel Wallen |
| Four Glenhardie Corporate Center | Bernard Beitel |
| 1255 Drummers Lane, Suite 105 | Lloyd M. Green |
| Wayne, Pennsylvania 19087 | 230 Park Avenue |
| Tel: (412) 263-2000 | New York, New York 101069 |
| Fax: (412) 263-2001 | Tel: (212) 661-9100 |
| jdm@pbandg.com | Fax: (212) 682-6104 |
| | dwallen@oshr.com |
| | bbeitel@oshr.com |
| | lgreen@oshr.com |
| Counsel for Plaintiff Jeoffrey L. Burtch, Chapter 7 Trustee | Counsel for Defendant Wells Fargo Century, Inc. |

Dated: October ____, 2007

SO ORDERED

_____
Honorable Leonard P. Stark
United States Magistrate Judge