IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEOFFREY L. BURTCH, CHAPTER 7 TRUSTEE, FACTORY 2-U STORES, INC., et al., <br><br> Plaintiff, <br><br> v. <br><br> MILBERG FACTORS, INC., CAPITAL FACTORS, INC., THE CIT GROUP/COMMERICAL SERVICES, INC., GMAC COMMERCIAL FINANCE LLC, HSBC BUSINESS CREDIT (USA) INC., ROSENTHAL AND ROSENTHAL, INC., STERLING FACTORS CORPORATION, WELL FARGO CENTURY, INC., <br><br> Defendants. | Civil Action No. 1:07-cv-00556-*** |

**CERTIFICATE PURSUANT TO RULE 7.1 OF THE**
**FEDERAL RULES OF CIVIL PROCEDURE**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable the Judges and Magistrate Judges of this Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant WELLS FARGO CENTURY, INC. ("WFCI") state that Wells Fargo & Company, a publicly traded company, is the ultimate corporate parent of WFCI.

Respectfully Submitted,

Dated: October 31, 2007
Wilmington, Delaware

EDWARDS ANGELL PALMER & DODGE LLP

*/s/ Mark D. Olivere*

Stuart M. Brown (No. 4050)
Mark D. Olivere (No. 4291)
919 N. Market Street, Suite 1500
Wilmington, DE 19801
Tel: (302) 777-7770
Fax: (302) 777-7263
sbrown@eapdlaw.com
molivere@eapdlaw.com

905790.1
WLM 511117.1

-and-

OTTERBOURG, STEINDLER HOUSTON & ROSEN, P.C.

Daniel Wallen
Bernard Beitel
Lloyd M. Green
230 Park Avenue
New York, New York 101069
Tel: (212) 661-9100
Fax: (212) 682-6104
dwallen@oshr.com
bbeitel@oshr.com
lgreen@oshr.com

Counsel for Defendant Wells Fargo Century, Inc.

## CERTIFICATE OF SERVICE

I, Mark D. Olivere, certify that on this 31st day of October 2007, I caused a true and correct copy of the **Certificate Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure** to be served on the following counsel, U.S. Mail, postage pre-paid, or in the manner so indicated:

**HAND DELIVERY**
George R. Tsakataras, Esq.
Robert W. Pedigo, Esq.
COOCH & TAYLOR
824 N. Market Street,
Suite 1000
Wilmington, DE 19899

**U.S. MAIL**
Joseph D. Mancano, Esq.
Pietragallo Bosick & Gordon, LLP
Four Glenhardie Corporate Center
1255 Drummers Lane, Suite 105
Wayne, PA 19087

_____
Mark D. Olivere (#4291)