IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEOFFREY L. BURTCH, CHAPTER 7 TRUSTEE, FACTORY 2-U STORES, INC., et al.,<br><br>                    Plaintiff,<br><br>v.<br><br>MILBERG FACTORS, INC., CAPITAL FACTORS, INC., THE CIT GROUP/COMMERCIAL SERVICES, INC., GMAC COMMERCIAL FINANCE LLC, HSBC BUSINESS CREDIT (USA) INC., ROSENTHAL AND ROSENTHAL, INC., STERLING FACTORS CORPORATION, WELLS FARGO CENTURY INC.,<br><br>                    Defendants. | Civil Action No. 1:07-cv-00556-*** |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Robert A. Atkins, Daniel H. Levi and Judd S. Henry of the firm Paul, Weiss, Rifkind, Wharton & Garrison LLP to represent The CIT Group/Commercial Services, Inc. in the above-captioned case.

Dated: November 7, 2007

**BLANK ROME LLP**

*/s/ Michael DeBaecke*
Michael D. DeBaecke (No. 3186)
David K. Sheppard (No. 4149)
1201 North Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 425-6400

*Counsel for The CIT Group/Commercial Services, Inc.*

## ORDER GRANTING MOTION

*IT IS HEREBY ORDERED* that counsel's Motion for Admission *Pro Hac Vice* of Robert A. Atkins, Daniel H. Levi and Judd S. Henry of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP is granted.

Dated: November ____, 2007         _____
                                                                     Magistrate Judge Leonard Stark

106756.00601/40171978v.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New York, the U.S. District Court for the Southern and Eastern Districts, and the U.S. Court of Appeals for the Second, Third and Eleventh Circuits. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Date: November 6, 2007

Robert A. Atkins
Paul, Weiss, Rifkind, Wharton
 & Garrison LLP
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: 212-373-3000

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New York and the U.S. District Court for the Southern and Eastern Districts. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Date: November 6, 2007

Daniel H. Levi
Paul, Weiss, Rifkind, Wharton
  & Garrison LLP
1285 Avenue of the Americas
New York, New York  10019-6064
Telephone:  212-373-3000

106756.00601/40171978v.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New York and the U.S. District Court for the Southern and Eastern Districts. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Date: November 2, 2007

Judd S. Henry
Paul, Weiss, Rifkind, Wharton
 & Garrison LLP
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: 212-373-3000

106756.00601/40171978v.1