## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEOFFREY L. BURTCH, CHAPTER 7 TRUSTEE, FACTORY 2-U STORES, INC., et al., <br><br> Plaintiff, <br><br> v. <br><br> MILBERG FACTORS, INC., CAPITAL FACTORS, INC., THE CIT GROUP/COMMERICAL SERVICES, INC., GMAC COMMERCIAL FINANCE LLC, HSBC BUSINESS CREDIT (USA) INC., ROSENTHAL AND ROSENTHAL, INC., STERLING FACTORS CORPORATION, WELL FARGO CENTURY, INC., <br><br> Defendants. | Civil Action No. 1:07-cv-00556-*** |

## STIPULATION AND ORDER

It is hereby stipulated and agreed that the last day for defendant The CIT Group/Commercial Services, Inc. to answer or otherwise move with respect to the Summons and Complaint in the above-captioned action is extended from November 26, 2007 to December 31, 2007.

Respectfully submitted,

COOCH & TAYLOR

BLANK ROME LLP

Shelley A. Kinsella (No. 4023)
824 Market Street, Suite 1000
P.O. Box 1680
Wilmington, Delaware 19899-1680
Tel: (302) 984-3891
Fax: (302) 984-3939
Email: skinsella@coochtaylor.com

David K. Sheppard (No. 4149)
1201 Market St., Suite 800
Wilmington, Delaware 19801
Tel: (302) 425-6479
Fax: (302) 425-6464
sheppard@blankrome.com

Counsel for Defendant The CIT
Group/Commercial Services, Inc.

-and-

908664.1

PIETRAGALLO BOSICK & GORDON, LLP

_Joseph D. Mancano_

Joseph D. Mancano
Four Glenhardie Corporate Center
1255 Drummers Lane, Suite 105
Wayne, Pennsylvania 19087
Tel: (610) 293-2330
Fax: (610) 293-2225
Counsel for Plaintiff Jeoffrey L. Burtch,
Chapter 7 Trustee


Dated: November ____, 2007             SO ORDERED


                                       _____
                                       Honorable Leonard P. Stark
                                       United States Magistrate Judge

908664.1