IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JEOFFREY L. BURTCH, CHAPTER 7 TRUSTEE,
FACTORY 2-U7 STORES, INC., et al.,

              Plaintiff,

v.

MILBERG FACTORS, INC.,
CAPITAL FACTORS, INC.,
THE CIT GROUP/COMMERCIAL SERVICES, INC.,
GMAC COMMERCIAL FINANCE LLC,
HSBC BUSINESS CREDIT (USA) INC.,
ROSENTHAL AND ROSENTHAL, INC.,
STERLING FACTORS CORPORATION,
WELLS FARGO CENTURY INC.,

              Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 1:07-cv-00556-***

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Anthony J. Basinski to represent Plaintiff Jeoffrey L. Burtch, Chapter 7 Trustee for the Estate of Factory 2-U Stores, Inc., et al., in the above-captioned case.

Dated: NOV. 12 , 2007

COOCH AND TAYLOR

Shelley A. Kinsella (No. 4023)
824 Market Street, Suite 1000
P.O. Box 1680
Wilmington, DE 19899-1680
Tele:    (302) 984-3891
Fax:    (302) 984-3939
Eml:    skinsella@coochtaylor.com

Attorneys for Chapter 7 Trustee,
Jeoffrey L. Burtch

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court. I am admitted, practicing and in good standing as a member of the Bar of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I have access to, or have acquired a copy of the Local Rules of this Court and am generally familiar with such Rules. In accordance with Standing Order for District Court Fund effective 01/01/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk of Court, or, if not paid previously, upon the filing of this motion.

Dated: _Nov. 9_, 2007

PIETRAGALLO BOSICK & GORDON, LLP

Anthony J. Basinski, Esquire
One Oxford Centre
38th Floor
Pittsburgh, PA 15219
Tel:    (412) 263-2000
Fax:    (412) 261-5295
Eml:    AJB@PBandG.com

Attorneys for Chapter 7 Trustee,
Jeoffrey L. Burtch

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

HONORABLE LEONARD P. STARK
United States District Judge

Dated: _____