IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEOFFREY L. BURTCH, CHAPTER 7 TRUSTEE, FACTORY 2-U STORES, INC., et al.,<br><br>    Plaintiff,<br><br>  v.<br><br>MILBERG FACTORS, INC. CAPITAL FACTORS, INC., THE CIT GROUP/COMMERCIAL SERVICES, INC., GMAC COMMERCIAL FINANCE LLC, HSBC BUSINESS CREDIT (USA) INC., ROSENTHAL AND ROSENTHAL, INC., STERLING FACTORS CORPORATION, WELLS FARGO CENTURY, INC.,<br><br>    Defendants. | Civil Action No. 07-556-*** |

## JOINT STIPULATION AND PROPOSED ORDER

IT IS HEREBY STIPULATED AND AGREED by plaintiff Jeoffrey L. Burtch, Chapter 7 Trustee, subject to the approval of the Court, that defendant Rosenthal and Rosenthal, Inc.'s time in which to move, plead, or otherwise respond to the Complaint (D.I. 1) in this action is hereby extended to December 31, 2007.

COOCH & TAYLOR, P.A.

*/s/ Shelley A. Kinsella*
_____
Shelley A. Kinsella (No. 4023)
Robert W. Pedigo (No. 4047)
824 Market Street, Suite 1000
P.O. Box 1680
Wilmington, DE 19899-1680
(302)-984-3891
skinsella@coochtaylor.com
rpedigo@ctlaw.org

*Attorneys for Plaintiff Jeoffrey L. Burtch, Chapter 7 Trustee*

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

*/s/*
_____
C. Barr Flinn (No. 4092)
Elena C. Norman (No. 4780)
Monté T. Squire (No. 4764)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
msquire@ycst.com

*Attorneys for Defendant Rosenthal & Rosenthal, Inc.*


IT IS SO ORDERED this ____ day of _____, 2007.

_____
United States Magistrate Judge