IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEOFFREY L. BURTCH, CHAPTER 7 TRUSTEE, FACTORY 2-U STORES, Inc. et al., <br><br>                 Plaintiff, <br><br>     v. <br><br> MILBERG FACTORS, INC., CAPITAL ACTORS, INC., THE CIT GROUP/COMMERCIAL SERVICES, INC., GMAC COMMERCIAL FINANCE LLC, HSBC BUSINESS CREDIT (USA) INC., ROSENTHAL AND ROSENTHAL, INC., STERLING FACTORS CORPORATION, WELLS FARGO CENTURY, INC. <br><br>                Defendants. | 1:07-CV-556-*** |

## STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE MOVE

It is hereby stipulated and agreed that the last day for defendant MILBERG FACTORS, INC. to answer or otherwise move with respect to the Summons and Complaint in the above-captioned action is extended from November 19, 2007 to December 31, 2007.

Respectfully submitted,

COOCH & TAYLOR

Shelley A. Kinsella (No. 4023)
824 Market Street, Suite 1000
P.O. Box 1680
Wilmington, Delaware 19899-1680
Tel: (302) 984-3891
Fax: (302) 984-3939
Email: skinsella@.coochtaylor.com

-and-

COZEN O'CONNOR

Jeffrey R. Waxman
Suite 1400, Chase Manhattan Centre
1201 North Market Street
Wilmington, Delaware 19801
Tel: (302) 295-2077
Fax: (302) 295-2013
Email: jwaxman@cozen.com

-and-

7643/52290-063 Current/10345544v1

PIETRAGALLO BOSICK & GORDON, LLP

Joseph D. Mancano
Four Glenhardie Corporate Center
1255 Drummers Lane, Suite 105
Wayne, Pennsylvania 19087
Tel: (412) 263-2000
Fax: (412) 263-2001
Email: jdm@pbandg.com

Counsel for Plaintiff Jeoffrey L. Burtch,
Chapter 7 Trustee

PROSKAUER ROSE LLP

Colin A. Underwood
Jessica W. Freiheit
Proskauer Rose
1585 Broadway
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900
Email: cunderwood@proskauer.com

Counsel for Defendant Milberg Factors, Inc.

Dated: November ___, 2007

SO ORDERED


_____
Honorable Leonard P. Stark
United States Magistrate Judge

7643/52290-063 Current/10345544v1