IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JEOFFREY L. BURTCH, CHAPTER 7 TRUSTEE, FACTORY 2-U STORES, INC., et al., | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:07-cv-00556-*** |
| MILBERG FACTORS, INC., CAPITAL FACTORS, INC., THE CIT GROUP/COMMERICAL SERVICES, INC., GMAC COMMERCIAL FINANCE LLC, HSBC BUSINESS CREDIT (USA) INC., ROSENTHAL AND ROSENTHAL, INC., STERLING FACTORS CORPORATION, WELL FARGO CENTURY, INC., | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## STIPULATION AND ORDER

It is hereby stipulated and agreed that the last day for defendant STERLING FACTORS CORPORATION to answer or otherwise move with respect to the Summons and Complaint in the above-captioned action is extended from December 14, 2007 to December 31, 2007.

Respectfully submitted,

COOCH & TAYLOR

*/s/ Shelley A. Kinsella*
Shelley A. Kinsella (No. 4023)
824 Market Street, Suite 1000
P.O. Box 1680
Wilmington, Delaware 19899-1680
Tel: (302) 984-3891
Fax: (302) 984-3939
Email: skinsella@coochtaylor.com

EDWARDS ANGELL PALMER
& DODGE LLP

*/s/ Mark D. Olivere*
Stuart M. Brown (No. 4050)
Denise Seastone Kraft (No. 2778)
Mark D. Olivere (No. 4291)
919 N. Market Street, Suite 1500
Wilmington, Delaware 19801
Tel: (302) 777-7770
Fax: (302) 777-7263
smbrown@eapdlaw.com
dkraft@eapdlaw.com
molivere@eapdlaw.com

| | |
|---|---|
| PIETRAGALLO BOSICK & GORDON, LLP | OTTERBOURG, STEINDLER HOUSTON & ROSEN, P.C. |
| *[signature]*<br>Joseph D. Mancano<br>Four Glenhardie Corporate Center<br>1255 Drummers Lane, Suite 105<br>Wayne, Pennsylvania 19087<br>Tel: (412) 263-2000<br>Fax: (412) 263-2001<br>jdm@pbandg.com | Daniel Wallen<br>Bernard Beitel<br>Lloyd M. Green<br>230 Park Avenue<br>New York, New York 101069<br>Tel: (212) 661-9100<br>Fax: (212) 682-6104<br>dwallen@oshr.com<br>bbeitel@oshr.com<br>lgreen@oshr.com |
| Counsel for Plaintiff Jeoffrey L. Burtch, Chapter 7 Trustee | Counsel for Defendant Sterling Factors Corporation |

Dated: November____, 2007

SO ORDERED

_____
Honorable Leonard P. Stark
United States Magistrate Judge

2

917980.1