IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEOFFREY L. BURTCH, CHAPTER 7 TRUSTEE, FACTORY 2-U STORES, INC., et al., <br><br> Plaintiff, <br><br> v. <br><br> MILBERG FACTORS, INC., CAPITAL FACTORS, INC. THE CIT GROUP/COMMERCIAL SERVICES, INC., GMAC COMMERCIAL FINANCE LLC, HSBC BUSINESS CREDIT (USA) INC., ROSENTHAL AND ROSENTHAL, INC., STERLING FACTORS CORPORATION, WELL FARGO CENTURY, INC., <br><br> Defendants. | Civil Action No. 1:07-cv-00556-*** |

**STIPULATION TO EXTEND TIME FOR DEFENDANT HSBC BUSINESS CREDIT (USA) INC. TO MOVE, ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

THE PARTIES HERETO STIPULATE AND AGREE, subject to the approval of the Court, that the time for defendant HSBC Business Credit (USA) Inc. to answer, move or otherwise respond to the Complaint in this action is hereby extended until December 31, 2007.

675775-1

| | |
|---|---|
| COOCH & TAYLOR | THE BAYARD FIRM, P.A. |
| *[signature]* | *[signature]* |
| Robert W. Pedigo (No. 4047) | Mary E. Augustine (No. 4477) |
| Shelly A. Kinsella (No. 4023) | Stephen B. Brauerman (No. 4952) |
| 824 Market Street, Suite 1000 | 222 Delaware Avenue, Suite 900 |
| P.O. Box 1680 | P.O. Box 25130 |
| Wilmington, Delaware 19899-1680 | Wilmington, DE 19899 |
| (302) 652-3641 | (302) 655-5000 |
| rpedigo@ctlaw.org | maugustine@bayardfirm.com |
| skinsella@ctlaw.org | sbrauerman@bayardfirm.com |
| | |
| OF COUNSEL: | OF COUNSEL: |
| | |
| Divya Wallace, Esquire | Celia Goldwag Barenholtz, Esquire |
| Joseph Mancano, Esquire | Timothy M. Kerr, Esquire |
| Pietragallo, Bosick, and Gordon LLP | Cooley Godward Kronish LLP |
| 4 Glenhardie Corporate Center | 1114 Avenue of the Americas |
| 1255 Drummers Lane, Suite 105 | New York, New York 10036 |
| Wayne, Pennsylvania 19087 | (212) 479-6000 |
| (610) 293-3610 | |
| | |
| Attorneys for Plaintiff Jeoffrey L. Burtch, Chapter 7 Trustee, Factory 2-U Stores, Inc. | Attorneys for Defendant HSBC Business Credit (USA) Inc. |

Dated: November 16, 2007

SO ORDERED this _____ day of November, 2007.

_____
United States Magistrate Judge