UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

------------------------------------- x

JEOFFREY L. BURTCH, CHAPTER 7 TRUSTEE, FACTORY 2-U STORES, INC., *et al.*,

        Plaintiff,

        v.

MILBERG FACTORS, INC., CAPITAL FACTORS, INC., THE CIT GROUP/COMMERCIAL SERVICES, INC., GMAC COMMERCIAL FINANCE LLC, HSBC BUSINESS CREDIT (USA) INC., ROSENTHAL AND ROSENTHAL, INC., STERLING FACTORS CORPORATION, WELL FARGO CENTURY INC.,

        Defendants.

------------------------------------- x

Civil Action No. 1: 07-cv-00556-***-LPS

## ENTRY OF APPEARANCE

    PLEASE ENTER the appearance of Gregory A. Inskip and David J. Baldwin, Potter Anderson & Corroon LLP, for Capital Factors, Inc.

                POTTER ANDERSON & CORROON LLP

                By: */s/ David J. Baldwin*
                Gregory A. Inskip (DEL ID No. 270)
                David J. Baldwin (DEL ID No. 1010)
                Hercules Plaza – Sixth Floor
                1313 North Market Street
                Wilmington, DE 19801
                Telephone:(302) 984-6000
                Facsimile: (302) 658-1192

                Attorneys for Capital Factors, Inc.

Dated : November 27, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

      I, David J. Baldwin, hereby certify, that on November 27, 2007, the foregoing **Entry of Appearance** was filed electronically with the Clerk of Court using CM/ECF which will send notification of such filing to the following Delaware attorneys of record for Defendant stating that the document is available for viewing and downloading from CM/ECF, and that a copy was served by e-mail on the following Delaware attorneys of record:

**(Factory 2-U Stores, Inc. et al.)**
Robert W. Pedigo, Esquire
Shelley A. Kinsella, Esquire
Cooch and Taylor
824 North Market Street, Suite 1000
Wilmington, DE 19801
(302) 652-3641
(302) 984-3939 (fax)
rpedigo@ctlaw.org
skinsella@coochtaylor.com

**(CIT Group/Commercial Services Inc.)**
David Kyle Sheppard, Esquire
Michael D. DeBaecke, Esquire
Blank Rome LLP
1201 North Market Street
Suite 800
Wilmington, DE 19801-4226
(302) 425-6400
sheppard@blankrome.com
debaecke@blankrome.com

**(GMAC Commercial Finance LLC)**
**(Wells Fargo Century Inc.)**
**(Sterling Factors Corporation)**
Mark D. Olivere, Esquire
Edwards Angell Palmer & Dodge LLP
919 North Market Street
Suite 1500
Wilmington, DE 19801
(302) 425-7104
molivere@eapdlaw.com

**(HSBC Business Credit (USA) Inc.)**
Stephen B. Brauerman, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
(302) 429-4232
(302) 658-6395 (fax)
sbrauerman@bayardfirm.com

**(Milberg Factors Inc.)**
Jeffrey R. Waxman, Esquire
Cozen & O'Connor
Chase Manhattan Centre
1201 North Market St., Suite 1400
Wilmington, DE 19801
(302) 295-2000
jwaxman@cozen.com

**(Rosenthal & Rosenthal Inc.)**
Monte Terrell Squire, Esquire
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6713
(302) 576-3515 (fax)
msquire@ycst.com



David J. Baldwin (No. 1010)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801
Telephone: (302) 984-6000
E-Mail: dbaldwin@potteranderson.com

833976