IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                              )
                                                    )
JEOFFREY L. BURTCH, CHAPTER 7                       )
TRUSTEE, FACTORY 2-U STORES, INC., et               )
al.,                                                )
                                                    )
            Plaintiff,                              )   Civil Action No. 1:07-cv-00556
                                                    )
v.                                                  )
                                                    )
MILBERG FACTORS, INC., CAPITAL                      )
FACTORS, INC., THE CIT                              )
GROUP/COMMERCIAL SERVICES, INC.,                    )
GMAC COMMERCIAL FINANCE LLC,                        )
HSBC BUSINESS CREDIT (USA) INC.,                    )
ROSENTHAL AND ROSENTHAL, INC.,                      )
STERLING FACTORS CORPORATION,                       )
WELL FARGO CENTURY, INC.,                           )
                                                    )
            Defendants.                             )

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to approval of the Court, that the time within which defendant Capital Factors, Inc. shall answer, move or otherwise respond to the Summons and Complaint is extended to December 31, 2007.


COOCH & TAYLOR                                      POTTER ANDERSON & CORROON LLP

By: /s/ Shelley A. Kinsella                         By: /s/ David J. Baldwin
Shelley A. Kinsella (#4023)                         Gregory A. Inskip (#270)
824 Market Street, Suite 1000                       David J. Baldwin (#1010)
PO Box 1680                                         1313 North Market Street
Wilmington, DE 19899-1680                           Wilmington, DE 19801
Telephone: (302) 984-3891                           Telephone: (302) 984-6000
Facsimile: (302) 984-3939                           Facsimile: (302) 658-1192
Email: skinsella@coochtaylor.com                    Email: ginskip@potteranderson.com
                                                           dbaldwin@potteranderson.com

    and                                             Counsel for Defendant Capital Factors, Inc.

PIETRAGALLO BOSICK & GORDON, LLP

By: /s/ Joseph D. Mancano
Joseph D. Mancano
Four Glenhardie Corporate Center
1255 Drummers Lane, Suite 105
Wayne, PA 19087

Counsel for Plaintiff Jeoffrey L. Burtch
Chapter 7 Trustee

November 20, 2007

SO ORDERED

Dated: November ____, 2007

_____
Honorable Leonard P. Stark
United States Magistrate Judge