IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------- X

JEOFFREY L. BURTCH, CHAPTER 7
TRUSTEE, FACTORY 2-U STORES, INC., *et al.*,

        Plaintiff,

vs.

MILBERG FACTORS, INC., CAPITAL FACTORS, INC. THE CIT GROUP/COMMERCIAL SERVICES, INC., GMAC COMMERCIAL FINANCE LLC, HSBC BUSINESS CREDIT (USA) INC., ROSENTHAL AND ROSENTHAL, INC., STERLING FACTORS CORPORATION, WELL FARGO CENTURY, INC.,

        Defendants.

Civil Action No. 1:07-cv-00556-***

------------------------------------------------- X

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, Mary E. Augustine, Esquire a member of the bar of this Court, moves the admission *pro hac vice* of Timothy M. Kerr, Esquire, of Cooley Godward Kronish LLP, 1114 Avenue of the Americas, New York, New York 10036 to represent HSBC Business Credit (USA) Inc. in the above captioned case.

Dated: December 13, 2007

THE BAYARD FIRM

By: _____
Mary E. Augustine (No. 4477)
Stephen Brauerman (No. 4952)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801
Telephone:   (302) 655-5000
Facsimile:   (302) 658-6395

675789v1

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court.

COOLEY GODWARD KRONISH LLP

Dated: December 12, 2007

Timothy M. Kerr
1114 Avenue of the Americas
New York, NY 10036
Telephone:  (212) 479-6423
Facsimile:   (212) 208-2404
Email:       tkerr@cooley.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: _____

_____
The Honorable Leonard P. Stark
United States Magistrate Judge

675789v1

2