IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------- X

JEOFFREY L. BURTCH, CHAPTER 7 :
TRUSTEE, FACTORY 2-U STORES, INC., *et
al.*, :

        Plaintiff,      Civil Action No. 1:07-cv-00556-***

    vs. :

MILBERG FACTORS, INC., CAPITAL :
FACTORS, INC. THE CIT
GROUP/COMMERCIAL SERVICES, INC., :
GMAC COMMERCIAL FINANCE LLC,
HSBC BUSINESS CREDIT (USA) INC., :
ROSENTHAL AND ROSENTHAL, INC.,
STERLING FACTORS CORPORATION, :
WELL FARGO CENTURY, INC.,

        Defendants. :

------------------------------------- X

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, Mary E. Augustine, Esquire a member of the bar of this Court, moves the admission *pro hac vice* of Celia Goldwag Barenholtz, Esquire, of Cooley Godward Kronish LLP, 1114 Avenue of the Americas, New York, New York 10036 to represent HSBC Business Credit (USA) Inc. in the above captioned case.

Dated: December 13, 2007          THE BAYARD FIRM

                               By: _/s/_____
                                  Mary E. Augustine (No. 4477)
                                  Stephen Brauerman (No. 4952)
                                  222 Delaware Avenue, Suite 900
                                  Wilmington, Delaware 19801
                                  Telephone:   (302) 655-5000
                                  Facsimile:    (302) 658-6395

1

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court.

COOLEY GODWARD KRONISH LLP

Dated: December 12, 2007

*/s/ Celia Goldwag Barenholtz*
Celia Goldwag Barenholtz
1114 Avenue of the Americas
New York, NY 10036
Telephone:   (212) 479-6000
Facsimile:    (212) 479-6275
Email:         cbarenholtz@cooley.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: _____

_____
The Honorable Leonard P. Stark
United States Magistrate Judge