IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEOFFREY L. BURTCH, CHAPTER 7 TRUSTEE, FACTORY 2-U STORES, INC., et al.,<br><br>              Plaintiff,<br><br>v.<br><br>MILBERG FACTORS, INC., CAPITAL FACTORS, INC., THE CIT GROUP/COMMERCIAL SERVICES, INC., GMAC COMMERCIAL FINANCE LLC, HSBC BUSINESS CREDIT (USA) INC., ROSENTHAL AND ROSENTHAL, INC., STERLING FACTORS CORPORATION, WELLS FARGO CENTURY INC.,<br><br>              Defendants. | Civil Action No. 1:07-cv-00556-*** |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Robin D. Fineman of the firm Paul, Weiss, Rifkind, Wharton & Garrison LLP to represent The CIT Group/Commercial Services, Inc. in the above-captioned case.

Dated: December 14, 2007

**BLANK ROME LLP**

*Michael DeBaecke*
Michael D. DeBaecke (No. 3186)
David K. Sheppard (No. 4149)
1201 North Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 425-6400

*Counsel for The CIT Group/Commercial Services, Inc.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's Motion for Admission *Pro Hac Vice* of Robin D. Fineman of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP is granted.

Dated: December ____, 2007

_____
Magistrate Judge Leonard Stark

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New York and New Jersey, the U.S. District Court for the Southern and Eastern Districts of New York, and the U.S. District Court of New Jersey. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Date: December 5, 2007

Robin D. Fineman
Paul, Weiss, Rifkind, Wharton
  & Garrison LLP
1285 Avenue of the Americas
New York, New York  10019-6064
rfineman@paulweiss.com
Telephone: 212-373-3000