UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

---

| | |
|---|---|
| JEOFFREY L. BURTCH, CHAPTER 7 TRUSTEE, FACTORY 2-U STORES, INC., *et al.*, | Civil Action No. 1:07-cv-00556-***-LPS |
| Plaintiff, | |
| v. | |
| MILBERG FACTORS, INC., CAPITAL FACTORS, INC., THE CIT GROUP/COMMERCIAL SERVICES, INC., GMAC COMMERCIAL FINANCE LLC, HSBC BUSINESS CREDIT (USA) INC., ROSENTHAL AND ROSENTHAL, INC., STERLING FACTORS CORPORATION, WELL FARGO CENTURY INC., | |
| Defendants. | |

---

### RULE 7.1 STATEMENT OF DEFENDANT
### THE CIT GROUP/COMMERCIAL SERVICES, INC.

PURSUANT TO RULE 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for The CIT Group/Commercial Services, Inc. certifies that The CIT Group/Commercial Services, Inc. is owned by CIT Group/Equipment Financing Inc. CIT Group Inc., a publicly held corporation, owns CIT Group/Equipment Financing Inc.

106756.00601/40172639v.1

Dated: December 14, 2007

        BLANK ROME LLP

            */s/ David K. Sheppard*
By: _____
    Michael DeBaecke (ID No. 3186)
    David K. Sheppard (ID No. 4149)
    Chase Manhattan Centre
    1201 Market Street, Suite 800
    Wilmington, DE 19801
    Telephone: (302) 425-6400

    and

    PAUL, WEISS, RIFKIND,
    WHARTON & GARRISON LLP

    Robert A. Atkins
    Daniel H. Levi
    Robin D. Fineman

    1285 Avenue of the Americas
    New York, New York 10019-6064
    (212) 373-3000

    *Attorneys for Defendant The CIT Group/Commercial Services Inc.*