IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JEOFFREY L. BURTCH, CHAPTER 7 TRUSTEE, FACTORY 2-U STORES, INC., et al., | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | C.A. 07-556-*** |
| MILBERG FACTORS, INC., CAPITAL FACTORS, INC., THE CIT GROUP/COMMERICAL SERVICES, INC., GMAC COMMERCIAL FINANCE LLC, HSBC BUSINESS CREDIT (USA) INC., ROSENTHAL AND ROSENTHAL, INC., STERLING FACTORS CORPORATION, WELL FARGO CENTURY, INC., | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**MOTION OF DEFENDANTS GMAC COMMERCIAL FINANCE LLC,
STERLING FACTORS CORPORATION and WELLS FARGO CENTURY, INC.
FOR AN ORDER DISMISSING THE COMPLAINT**

Defendants GMAC Commercial Finance LLC, Sterling Factors Corporation and Wells Fargo Century, Inc., respectfully move the Court for an Order, substantially in the form annexed hereto, pursuant to Federal Rule of Civil Procedure 12(b)(6), dismissing the Complaint filed in this action on the ground that the Complaint fails to state a claim, and is time-barred. The basis for the requested relief is fully set forth in the Declaration of Stuart M. Brown, executed December 17, 2007 with Exhibits "A" through "D" annexed thereto and Defendants' Opening Brief in Support of Their Motion to Dismiss, which are being served and filed contemporaneously herewith.

[*Signature page follows*]

933751.1

        EDWARDS ANGELL PALMER & DODGE LLP

        */s/ Denise Seastone Kraft*

        _____
        Stuart M. Brown (#4050)
        Denise Seastone Kraft (#2778)
        Mark D. Olivere (#4291)
        919 N. Market Street, Suite 1500
        Wilmington, DE 19801
        (302) 777-7770
        smbrown@eapdlaw.com
        dkraft@eapdlaw.com
        molivere@eapdlaw.com
         *Counsel for Defendants*
         *GMAC Commercial Finance LLC,*
         *Sterling Factors Corporation and*
         *Wells Fargo Century, Inc.*

OF COUNSEL:

Daniel Wallen
Bernard Beitel
Lloyd M. Green
OTTERBOURG, STEINDLER, HOUSTON
 & ROSEN, P.C.
230 Park Avenue
New York, New York 101069
(212) 661-9100

December 17, 2007

933751.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 17, a copy of the attached was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following counsel of record:

> Robert W. Pedigo, Esquire
> Shelley A. Kinsella, Esquire
> Cooch & Taylor
>
> Jeffrey R. Waxman, Esquire
> Cozen & O'Connor
>
> David J. Baldwin, Esquire
> Potter Anderson & Corroon LLP
>
> David Kyle Sheppard, Esquire
> Michael D. DeBaecke, Esquire
> Blank Rome LLP
>
> Stephen B. Brauerman, Esquire
> The Bayard Firm
>
> Monte Terrell Squire, Equire
> Young, Conaway, Stargatt & Taylor LLP

In addition, the undersigned forwarded a copy of same in the manner indicated below to:

### BY HAND

> Robert W. Pedigo, Esquire
> Shelley A. Kinsella, Esquire
> Cooch & Taylor
> 824 Market Street, Suite 1000
> Wilmington, DE 19801
>
> Jeffrey R. Waxman, Esquire
> Cozen & O'Connor
> 1201 N. Market Street, Suite 1400
> Wilmington, DE 19801

David J. Baldwin, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street, Hercules Plaza
Wilmington, DE 19801

David Kyle Sheppard, Esquire
Michael D. DeBaecke, Esquire
Blank Rome LLP
1201 N. Market Street, Suite 800
Wilmington, DE 19801

Stephen B. Brauerman, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

Monte Terrell Squire, Esquire
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

/s/ Denise Seastone Kraft
Denise Seastone Kraft (#2778)
Edwards Angell Palmer & Dodge LLP
Wilmington, DE 19801
(302) 777-7770
dkraft@eapdlaw.com