IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JEOFFREY L. BURTCH, CHAPTER 7 TRUSTEE, FACTORY 2-U STORES, INC., *et al.*,<br>    Plaintiff,<br><br>    v.<br><br>MILBERG FACTORS, INC.<br>CAPITAL FACTORS, INC., THE CIT GROUP/COMMERCIAL SERVICES, INC.,<br>GMAC COMMERCIAL FINANCE LLC,<br>HSBC BUSINESS CREDIT (USA) INC.,<br>ROSENTHAL AND ROSENTHAL, INC.,<br>STERLING FACTORS CORPORATION,<br>WELLS FARGO CENTURY, INC.,<br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 07-556-*** |

### RULE 7.1 STATEMENT
### OF DEFENDANT ROSENTHAL AND ROSENTHAL, INC.

PURSUANT TO RULE 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Rosenthal and Rosenthal, Inc. certifies that the parent company of Rosenthal and Rosenthal, Inc. is Rosenthal, Inc. Rosenthal, Inc. has no parent corporation and no publicly-held corporation owns 10% or more of its stock.

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

*/s/ Monté T. Squire*
───────────────────────────────
C. Barr Flinn (No. 4092)
Elena C. Norman (No. 4780)
Monté T. Squire (No. 4764)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
msquire@ycst.com

*Attorneys for Defendant Rosenthal & Rosenthal, Inc.*

Dated: December 17, 2007

## CERTIFICATE OF SERVICE

I, Monté T. Squire, Esquire, hereby certify that on December 17, 2007, I caused to be served a true and correct copy of the foregoing document upon the following counsel of record as indicated:

### BY CM/ECF, E-MAIL & HAND DELIVERY

David J. Baldwin, Esquire
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza, 6th Flr.
PO Box 951
Wilmington, DE 19899
dbaldwin@potteranderson.com

Shelly A. Kinsella, Esquire
Robert W. Pedigo, Esquire
Cooch & Taylor
824 Market St. Mall #1000
Wilmington, DE 19801
skinsella@coochtaylor.com
rpedigo@ctlaw.com

Stephen B. Brauerman, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
PO Box 25130
Wilmington, DE 19899
sbrauerman@bayardfirm.com

Mark D. Olivere, Esquire
Edwards Angell Palmer & Dodge LLP
919 N. Market Street, Suite 1500
Wilmington, DE 19801
molivere@eapdlaw.com

Michael D. Debaecke, Esquire
David Kyle Sheppard, Esquire
Blank Rome LLP
1201 N. Market Street, Suite 800
Wilmington, DE 19801
dbaecke@blankrome.com
sheppard@blankrome.com

Jeffrey R. Waxman, Esquire
Cozen & O'Connor
Chase Manhattan Centre
1201 N. Market St., Suite 1400
Wilmington, DE 19801
jwaxman@cozen.com

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

_____
C. Barr Flinn (No. 4092)
Elena C. Norman (No. 4780)
Monté T. Squire (No. 4764)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
msquire@ycst.com

*Attorneys for Defendant Rosenthal & Rosenthal, Inc*

DB02:6443925.1                                                              059717.1002