IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------x
: 
JEOFFREY L. BURTCH, CHAPTER 7 :
TRUSTEE, FACTORY 2-U STORES, INC., *et* :
*al.*, :
:
           Plaintiff, :
:
           v. : C. A. No. 07-00556-***-LPS
:
MILBERG FACTORS, INC., CAPITAL :
FACTORS, INC., THE CIT :
GROUP/COMMERCIAL SERVICES, INC., :
GMAC COMMERCIAL FINANCE LLC, :
HSBC BUSINESS CREDIT (USA) INC., :
ROSENTHAL AND ROSENTHAL, INC., :
STERLING FACTORS CORPORATION, :
WELL FARGO CENTURY INC., :
:
           Defendants. :
x
------------------------------------

**MOTION TO DISMISS OF DEFENDANT MILBERG FACTORS, INC. AND JOINDER IN AND TO (I) THE CIT GROUP/COMMERCIAL SERVICES, INC.'S MOTION TO DISMISS THE COMPLAINT AND (II) THE MOTION OF GMAC COMMERCIAL FINANCE LLC, STERLING FACTORS CORPORATION, AND WELLS FARGO CENTURY, INC. TO DISMISS [Docket Nos. 26, 27, 29 and 31]**

Milberg Factors, Inc. ("Milberg"), a defendant in the above-captioned proceeding, hereby files this motion to dismiss and joins in the Motion of The CIT Group/Commercial Services, Inc. to Dismiss the Complaint [Docket No. 26] and the Motion of GMAC Commercial Finance LLC, Sterling Factors Corporation, and Wells Fargo Century, Inc. to Dismiss [Docket No. 29] (collectively, the "Motions to Dismiss"), and for the reasons set forth in the Motions to Dismiss and any briefs and/or memoranda filed in support thereof, each of which is incorporated by

WILM1\26501\1 137249.000

reference as though set forth fully herein, Milberg respectfully submits that the complaint be dismissed.

Dated: December 18, 2007

COZEN O'CONNOR

/s/ JWC
Jeffrey R. Waxman (No. 4159)
1201 N. Market Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 295-2000
Facsimile: (302) 295-2013

-and-

Colin Underwood, Esquire
PROSKAUER ROSE LLP
1585 Broadway
New York, NY 10036

*Counsel to Milberg Factors, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------x

JEOFFREY L. BURTCH, CHAPTER 7
TRUSTEE, FACTORY 2-U STORES, INC., *et al.*,

               Plaintiff,

        v.                     C. A. No. 07-00556-***-LPS

MILBERG FACTORS, INC., CAPITAL
FACTORS, INC., THE CIT
GROUP/COMMERCIAL SERVICES, INC.,
GMAC COMMERCIAL FINANCE LLC,
HSBC BUSINESS CREDIT (USA) INC.,
ROSENTHAL AND ROSENTHAL, INC.,
STERLING FACTORS CORPORATION,
WELL FARGO CENTURY INC.,

               Defendants.

------------------------------------x

## CERTIFICATE OF SERVICE

    I, Jeffrey R. Waxman, certify that I am not less than 18 years of age, and that service of the *Motion to Dismiss of Defendant Milberg Factors, Inc. and Joinder in and to (I) The CIT Group/Commercial Services, Inc.'s Motion to Dismiss the Complaint and (II) the Motion of GMAC Commercial Finance LLC, Sterling Factors Corporation, and Wells Fargo Century, Inc. to Dismiss* was made on December 18, 2007 upon the following parties:

**HAND DELIVERY**
Robert W. Pedigo, Esquire
Shelley A. Kinsella, Esquire
Cooch & Taylor
824 North Market Street, Suite 1000
Wilmington, DE 19801
*(Counsel to Plaintiff)*

WILM1\26501\1 137249.000

Office of the United States Trustee
844 North King Street
Wilmington, DE 19801

Gregory A. Inskip, Esquire
David J. Baldwin, Esquire
Potter Anderson & Corroon, LLP
1313 N. Market Street, 6th Floor
Wilmington, DE 19801
*(Counsel to Capital Factors, Inc.)*

David K. Sheppard, Esquire
Blank Rome LLP
1201 N. Market Street, Suite 800
Wilmington, DE 19801
*(Counsel to The CIT Group/Commercial Services, Inc.)*

Stuart M. Brown, Esquire
Denise Seastone Kraft, Esquire
Mark D. Olivere, Esquire
Edwards Angell Palmer & Dodge LLP
919 N. Market Street, Suite 1500
Wilmington, DE 19801
*(Counsel to GMAC Commercial Finance LLP; Wells Fargo Century, Inc.)*

Stuart M. Brown, Esquire
Denise Seastone Kraft, Esquire
Mark D. Olivere, Esquire
Edwards Angell Palmer & Dodge LLP
919 N. Market Street, Suite 1500
Wilmington, DE 19801
*(Counsel to Sterling Factors Corporation)*

Mary E. Augustine, Esquire
Stuart M. Brown, Esquire
Stephen B. Brauerman, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
*(Counsel to HSBC Business Credit (USA) Inc.)*

C. Barr Flinn, Esquire
Elena C. Norman, Esquire
Monté T. Squire, Esquire
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
*(Counsel to Rosenthal & Rosenthal, Inc.)*

**FIRST CLASS MAIL**
Joseph D. Mancano, Esquire
Pietragallo Bosick & Gordon, LLP
Four Glenhardie Corporate Center
1255 Drummers Lane, Suite 105
Wayne, PA 19087
*(Counsel to Plaintiff)*

Daniel Wallen, Esquire
Bernard Beitel, Esquire
Lloyd M. Green, Esquire
Otterbourg, Steindler Houston & Rosen, P.C.
230 Park Avenue
New York, NY 10169
*(Counsel to GMAC Commercial Finance LLP; Wells Fargo Century, Inc., Sterling Factors Corporation)*

Celia Goldwag Barenholtz, Esquire
Timothy M. Kerr, Esquire
Cooley Godward Kronish LLP
1114 Avenue of the Americas
New York, NY 10036
*(Counsel to HSBC Business Credit (USA) Inc.)*

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: December 18, 2007

COZEN O'CONNOR

_____
Jeffrey R. Waxman (No. 4159)