## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
- -                                              :
                                                 :
JEOFFREY L. BURTCH, CHAPTER 7                    :
TRUSTEE, FACTORY 2-U STORES, INC., *et*          :
*al.*,                                           :
                                                 :
               Plaintiff,                       :
                                                 :
               v.                               :    C. A. No. 07-00556-***-LPS
                                                 :
MILBERG FACTORS, INC., CAPITAL                   :
FACTORS, INC., THE CIT                           :
GROUP/COMMERCIAL SERVICES, INC.,                 :
GMAC COMMERCIAL FINANCE LLC,                     :
HSBC BUSINESS CREDIT (USA) INC.,                 :
ROSENTHAL AND ROSENTHAL, INC.,                   :
STERLING FACTORS CORPORATION,                    :
WELL FARGO CENTURY INC.,                         :
                                                 :
               Defendants.                      :
                                                 x
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## CERTIFICATE PURSUANT TO RULE 7.1 OF THE
## FEDERAL RULES OF CIVIL PROCEDURE

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for

Defendant Milberg Factors, Inc. certifies that (i) it has no parent corporation, and (ii) there is no

publicly held corporation that owns 10% or more of its stock.

Respectfully Submitted,

Dated: December 18, 2007                COZEN O'CONNOR

_____
Jeffrey R. Waxman (No. 4159)
1201 N. Market Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 295-2000
Facsimile: (302) 295-2013

-and-

Colin Underwood, Esquire
PROSKAUER ROSE LLP
1585 Broadway
New York, NY 10036

*Counsel to Milberg Factors, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
- -                                        :
                                           :
JEOFFREY L. BURTCH, CHAPTER 7              :
TRUSTEE, FACTORY 2-U STORES, INC., et      :
al.,                                       :
                                           :
              Plaintiff,                    :
                                           :
       v.                                   :   C. A. No. 07-00556-***-LPS
                                           :
MILBERG FACTORS, INC., CAPITAL             :
FACTORS, INC., THE CIT                     :
GROUP/COMMERCIAL SERVICES, INC.,           :
GMAC COMMERCIAL FINANCE LLC,               :
HSBC BUSINESS CREDIT (USA) INC.,           :
ROSENTHAL AND ROSENTHAL, INC.,             :
STERLING FACTORS CORPORATION,              :
WELL FARGO CENTURY INC.,                   :
                                           :
              Defendants.                   :
                                           x
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

### CERTIFICATE OF SERVICE

I, Jeffrey R. Waxman, certify that I am not less than 18 years of age, and that service of the *Certificate Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure* was made on December 18, 2007 upon the following parties:

**FIRST CLASS MAIL**
Robert W. Pedigo, Esquire
Shelley A. Kinsella, Esquire
Cooch & Taylor
824 North Market Street, Suite 1000
Wilmington, DE 19801
*(Counsel to Plaintiff)*

Office of the United States Trustee
844 North King Street
Wilmington, DE   19801

WILM1\26501\1 137249.000

Gregory A. Inskip, Esquire
David J. Baldwin, Esquire
Potter Anderson & Corroon, LLP
1313 N. Market Street, 6th Floor
Wilmington, DE 19801
*(Counsel to Capital Factors, Inc.)*

David K. Sheppard, Esquire
Blank Rome LLP
1201 N. Market Street, Suite 800
Wilmington, DE 19801
*(Counsel to The CIT  Group/Commercial Services, Inc.)*

Stuart M. Brown, Esquire
Denise Seastone Kraft, Esquire
Mark D. Olivere, Esquire
Edwards Angell Palmer & Dodge LLP
919 N. Market Street, Suite 1500
Wilmington, DE 19801
*(Counsel to GMAC Commercial Finance LLP; Wells Fargo Century, Inc.)*

Stuart M. Brown, Esquire
Denise Seastone Kraft, Esquire
Mark D. Olivere, Esquire
Edwards Angell Palmer & Dodge LLP
919 N. Market Street, Suite 1500
Wilmington, DE 19801
*(Counsel to Sterling Factors Corporation)*

Mary E. Augustine, Esquire
Stuart M. Brown, Esquire
Stephen B. Brauerman, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
*(Counsel to HSBC Business Credit (USA) Inc.)*

C. Barr Flinn, Esquire
Elena C. Norman, Esquire
Monté T. Squire, Esquire
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
*(Counsel to Rosenthal & Rosenthal, Inc.)*

WILM1\26501\1 137249.000                          2

Joseph D. Mancano, Esquire
Pietragallo Bosick & Gordon, LLP
Four Glenhardie Corporate Center
1255 Drummers Lane, Suite 105
Wayne, PA 19087
*(Counsel to Plaintiff)*

Daniel Wallen, Esquire
Bernard Beitel, Esquire
Lloyd M. Green, Esquire
Otterbourg, Steindler Houston & Rosen, P.C.
230 Park Avenue
New York, NY 10169
*(Counsel to GMAC Commercial Finance LLP; Wells Fargo Century, Inc.,*
*Sterling Factors Corporation)*

Celia Goldwag Barenholtz, Esquire
Timothy M. Kerr, Esquire
Cooley Godward Kronish LLP
1114 Avenue of the Americas
New York, NY 10036
*(Counsel to HSBC Business Credit (USA) Inc.)*

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: December 18, 2007

COZEN O'CONNOR

Jeffrey R. Waxman (No. 4159)