IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEOFFREY L. BURTCH, CHAPTER 7 TRUSTEE, FACTORY 2-U STORES, INC., *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> MILBERG FACTORS, INC., CAPITAL FACTORS, INC., THE CIT GROUP/COMMERCIAL SERVICES, INC., GMAC COMMERCIAL FINANCE LLC, HSBC BUSINESS CREDIT (USA) INC., ROSENTHAL AND ROSENTHAL, INC., STERLING FACTORS CORPORATION, and WELLS FARGO CENTURY, INC., <br><br> Defendants. | Civil Action No. 07-556-*** |

### DEFENDANT CAPITAL FACTORS, INC.'S
### MOTION TO DISMISS THE COMPLAINT

Defendant Capital Factors, Inc. ("Capital Factors") hereby moves the Court to dismiss the Complaint pursuant to Fed. R. Civ. P. 12(b)(6) for the reasons set forth in both the *Memorandum of Law in Support of Defendant The CIT Group/Commercial Services, Inc.'s Motion to Dismiss the Complaint*, filed by The CIT Group/Commercial Services, Inc. on December 14, 2007 (D.I. 27) (the "CIT motion") and *Opening Brief of Defendants GMAC Commercial Finance LLC, Sterling Factors Corporation and Wells Fargo Century, Inc. In Support of Their Motion to Dismiss*, filed by GMAC Commercial Finance LLC, Sterling Factors Corporation, and Wells Fargo Century, Inc. on December 17, 2007 (D.I. 31) (the "GMAC motion"). By express reference thereto, Capital Factors joins, adopts, and/or incorporates the CIT and GMAC motions fully herein.

POTTER ANDERSON & CORROON LLP

By: /s/ David J. Baldwin
Gregory A. Inskip (ID No. 270)
David J. Baldwin (ID No. 1010)
Hercules Plaza, 6th Floor
1313 North Market Street
P.O. Box 951
Wilmington, Delaware 19899-0951
(302) 984-6000
Fax: (302) 658-1192
ginskip@potteranderson.com
dbaldwin@potteranderson.com

*Attorneys for Defendant Capital Factors, Inc.*

Dated: December 20, 2007
838341v2/ 32419

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEOFFREY L. BURTCH, CHAPTER 7 TRUSTEE, FACTORY 2-U STORES, INC., *et al.*,<br><br>                    Plaintiff,<br><br>           v.<br><br>MILBERG FACTORS, INC., CAPITAL FACTORS, INC., THE CIT GROUP/COMMERCIAL SERVICES, INC., GMAC COMMERCIAL FINANCE LLC, HSBC BUSINESS CREDIT (USA) INC., ROSENTHAL AND ROSENTHAL, INC., STERLING FACTORS CORPORATION, and WELLS FARGO CENTURY, INC.,<br><br>                    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 07-556-***<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

This _____ day of _____, 2007, the Court having considered Defendant Capital Factors, Inc.'s Motion to Dismiss the Complaint and the parties' arguments and briefing in support thereof and in opposition thereto,

**IT IS HEREBY ORDERED** that Defendant Capital Factors, Inc.'s Motion to Dismiss the Complaint is **GRANTED**.

_____
United States District Judge

pac:838341v2 / 32419

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David J. Baldwin, hereby certify that on December 20, 2007, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on December 20, 2007, I have Electronically Mailed the documents to the following person(s):

C. Barr Flinn, Esquire
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801
bflinn@ycst.com

Shelley A. Kinsella, Esquire
Robert W. Pedigo, Esquire
Cooch and Taylor, P.A.
824 North Market Street, Suite 1000
Wilmington, DE  19801
skinsella@ctlaw.com
rpedigo@ctlaw.com

Stephen B. Brauerman, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899
sbrauerman@bayardfirm.com

Mark D. Olivere, Esquire
Edwards Angell Palmer & Dodge LLP
919 North Market Street, Suite 1500
Wilmington, DE  19801
molivere@eapdlaw.com

Michael D. DeBaecke, Esquire
David K. Sheppard, Esquire
Blank Rome LLP
Chase Manhattan Centre, Suite 800
1201 North Market Street
Wilmington, DE  19801
debaecke@blankrome.com
sheppard@blankrome.com

Jeffrey R. Waxman, Esquire
Cozen O'Connor
Chase Manhattan Centre, Suite 1400
1201 North Market Street
Wilmington, DE  19801
jwaxman@cozen.com

*David J Baldwin*
Gregory A. Inskip (ID No. 270)
David J. Baldwin (ID No. 1010)
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 North Market Street
P.O. Box 951
Wilmington, Delaware  19899-0951
(302) 984-6000
Fax: (302) 658-1192
ginskip@potteranderson.com
dbaldwin@potteranderson.com

838298v2/ 32419

2