IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEOFFREY L. BURTCH, CHAPTER 7 TRUSTEE,<br>FACTORY 2-U STORES, INC., et al.,<br><br>Plaintiff,<br><br>v.<br><br>MILBERG FACTORS, INC.,<br>CAPITAL FACTORS, INC.,<br>THE CIT GROUP/COMMERCIAL SERVICES, INC.,<br>GMAC COMMERCIAL FINANCE LLC,<br>HSBC BUSINESS CREDIT (USA) INC.,<br>ROSENTHAL AND ROSENTHAL, INC.,<br>STERLING FACTORS CORPORATION,<br>WELLS FARGO CENTURY INC.,<br><br>Defendants. | Civil Action No. 1:07-cv-00556*** |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to approval of the Court, that the time within which Plaintiff shall respond to all of Defendants' Motion to Dismiss is extended to March 3, 2008. All of Defendants' reply briefs will be due on April 2, 2008.

PIETRAGALLO BOSICK & GORDON, LLP

*/s/ Divya Wallace*
Joseph D. Mancano
Divya Wallace
1818 Market Street, Suite 3402
Philadelphia, PA 19103
Tele: (215) 972-8400
Fax: (215) 981-0082
Eml: jdm@pbandg.com
     dw@pbandg.com

Date: December 21, 2007

COOCH & TAYLOR

*/s/ Shelley A Kinsella*
Shelley A. Kinsella (No. 4023)
824 Market Street, Suite 1000
P. O. Box 1680
Wilmington, DE 19899-1680
Tele: (302) 984-3891
Fax: (302) 984-3939
Eml: skinsella@coochtaylor.com

Date: December 26, 2007

Attorneys for Plaintiff, Jeoffrey L. Burtch, Chapter 7 Trustee

PAUL WEISS RIFKIND WHARTON & GARRISON, LLP

*/s/ Robert A. Atkins*

Robert A. Atkins
Daniel H. Levi
Robin D. Fineman
1285 Avenue of the Americas
New York, NY 10019-6064
Tele: (212) 373-3000

Date: Dec 21, 2007

BLANK ROME, LLP

_____
Michael DeBaecke (No. 3186)
David K. Sheppard (No. 4149)
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801
Tele: (302) 425-6400
Eml: debaecke@blankrome.com

Date: _____

Attorneys for Defendant, CIT Group Commercial Services, Inc.

COOLEY GODWARD KRONISH, LLP

_____
Celia Goldwag Barenholtz
Timothy M. Kerr
1114 Avenue of the Americas
New York, NY 10036
Tele: (212) 479-6000

Date: _____

THE BAYARD FIRM, P.A.

_____
Mary E. Augustine (No. 4477)
Stephen B. Brauerman (No. 4952)
222 Delaware Avenue, Suite 900
P. O. Box 25130
Wilmington, DE 19899
Tele: (302) 655-5000
Eml: maugustine@bayardfirm.com
    sbrauerman@bayardfirm.com

Date: _____

Attorneys for Defendant, HSBC Business Credit (USA) Inc.

| | |
|---|---|
| PAUL WEISS RIFKIND WHARTON & GARRISON, LLP | BLANK ROME, LLP<br><br>*/s/ signature* |
| _____<br>Robert A. Atkins<br>Daniel H. Levi<br>Robin D. Fineman<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>Tele: (212) 373-3000<br><br>Date: _____ | Michael DeBaecke (No. 3186)<br>David K. Sheppard (No. 4149)<br>Chase Manhattan Centre<br>1201 Market Street, Suite 800<br>Wilmington, DE 19801<br>Tele: (302) 425-6400<br>Eml: debaecke@blankrome.com<br><br>Date: 12/21/07 |

Attorneys for Defendant, CIT Group Commercial Services, Inc.

| | |
|---|---|
| COOLEY GODWARD KRONISH, LLP | THE BAYARD FIRM, P.A. |
| _____<br>Celia Goldwag Barenholtz<br>Timothy M. Kerr<br>1114 Avenue of the Americas<br>New York, NY 10036<br>Tele: (212) 479-6000<br><br>Date: _____ | _____<br>Mary E. Augustine (No. 4477<br>Stephen B. Brauerman (No. 4952)<br>222 Delaware Avenue, Suite 900<br>P. O. Box 25130<br>Wilmington, DE 19899<br>Tele: (302) 655-5000<br>Eml: maugustine@bayardfirm.com<br>     sbrauerman@bayardfirm.com<br><br>Date: _____ |

Attorneys for Defendant, HSBC Business Credit (USA) Inc.

PAUL WEISS RIFKIND WHARTON & GARRISON, LLP

_____
Robert A. Atkins
Daniel H. Levi
Robin D. Fineman
1285 Avenue of the Americas
New York, NY 10019-6064
Tele: (212) 373-3000

Date: _____

BLANK ROME, LLP

_____
Michael DeBaecke (No. 3186)
David K. Sheppard (No. 4149)
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801
Tele: (302) 425-6400
Eml: debaecke@blankrome.com

Date: _____

Attorneys for Defendant, CIT Group Commercial Services, Inc.

COOLEY GODWARD KRONISH, LLP

*[signature]*
Celia Goldwag Barenholtz
Timothy M. Kerr
1114 Avenue of the Americas
New York, NY 10036
Tele: (212) 479-6000

Date: 12/21/07

THE BAYARD FIRM, P.A.

_____
Mary E. Augustine (No. 4477
Stephen B. Brauerman (No. 4952)
222 Delaware Avenue, Suite 900
P. O. Box 25130
Wilmington, DE 19899
Tele: (302) 655-5000
Eml: maugustine@bayardfirm.com
    sbrauerman@bayardfirm.com

Date: _____

Attorneys for Defendant, HSBC Business Credit (USA) Inc.

| | |
|---|---|
| PAUL WEISS RIFKIND WHARTON & GARRISON, LLP | BLANK ROME, LLP |
| _____<br>Robert A. Atkins<br>Daniel H. Levi<br>Robin D. Fineman<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>Tele: (212) 373-3000<br><br>Date: _____ | _____<br>Michael DeBaecke (No. 3186)<br>David K. Sheppard (No. 4149)<br>Chase Manhattan Centre<br>1201 Market Street, Suite 800<br>Wilmington, DE 19801<br>Tele: (302) 425-6400<br>Eml: debaecke@blankrome.com<br><br>Date: _____ |

Attorneys for Defendant, CIT Group Commercial Services, Inc.

| | |
|---|---|
| COOLEY GODWARD KRONISH, LLP | THE BAYARD FIRM, P.A. |
| _____<br>Celia Goldwag Barenholtz<br>Timothy M. Kerr<br>1114 Avenue of the Americas<br>New York, NY 10036<br>Tele: (212) 479-6000<br><br>Date: _____ | /s/ S.B. Brauerman<br>Mary E. Augustine (No. 4477)<br>Stephen B. Brauerman (No. 4952)<br>222 Delaware Avenue, Suite 900<br>P. O. Box 25130<br>Wilmington, DE 19899<br>Tele: (302) 655-5000<br>Eml: maugustine@bayardfirm.com<br>       sbrauerman@bayardfirm.com<br><br>Date: 12/21/07 |

Attorneys for Defendant, HSBC Business Credit (USA) Inc.

OTTERBOURG STEINDLER HOUSTON & ROSEN, P.C.

_/s/ Daniel Wallen_
Daniel Wallen
Bernard Beitel
Lloyd M. Green
230 Park Avenue
New York, NY 10169
Tele: (212) 661-9100
Fax: (212) 682-6104
Eml: dwallen@oshr.com
bbeitel@oshr.com
lgreen@oshr.com

Date: _____

EDWARDS ANGELL PALMER & DODGE, LLP

_/s/ Stuart M. Brown_
Stuart M. Brown (No. 4050)
Denise Seastone Kraft (No. 2778)
Mark D. Olivere (No. 4291)
919 North Market Street, Suite 1500
Wilmington, DE 19801
Tele: (302) 777-7770
Fax: (302) 777-7263
Eml: smbrown@eapdlaw.com
dkraft@eapdlaw.com
molivere@eapdlaw.com

Date: _____

Attorneys for Defendants, GMAC Commercial Finance, LLP, Wells Fargo Century, Inc. and Sterling Factors Corporation

PROSKAUER ROSE, LLP

_____
Colin Underwood
1585 Broadway
New York, NY 10036
Tele: (212) 969-3000

Date: _____

COZEN O'CONNOR

_____
Jeffrey R. Waxman
1201 North Market Street, Suite 1400
Wilmington, DE 19801
Tele: (302) 295-2077
Eml: jwaxman@cozen.com

Date: _____

Attorneys for Defendant, Milberg Factors, Inc.

| OTTERBOURG STEINDLER HOUSTON & ROSEN, P.C. | EDWARDS ANGELL PALMER & DODGE, LLP |
|---|---|
| Daniel Wallen<br>Bernard Beitel<br>Lloyd M. Green<br>230 Park Avenue<br>New York, NY 10169<br>Tele: (212) 661-9100<br>Fax: (212) 682-6104<br>Eml: dwallen@oshr.com<br>bbeitel@oshr.com<br>lgreen@oshr.com | Stuart M. Brown (No. 4050)<br>Denise Seastone Kraft (No. 2778)<br>Mark D. Olivere (No. 4291)<br>919 North Market Street, Suite 1500<br>Wilmington, DE 19801<br>Tele: (302) 777-7770<br>Fax: (302) 777-7263<br>Eml: smbrown@eapdlaw.com<br>dkraft@eapdlaw.com<br>molivere@eapdlaw.com |
| Date: _____ | Date: _____ |

Attorneys for Defendants, GMAC Commercial Finance, LLP, Wells Fargo Century, Inc. and Sterling Factors Corporation

| PROSKAUER ROSE, LLP | COZEN O'CONNOR |
|---|---|
| /s/ Colin Underwood /s/ (w/ permission)<br>Colin Underwood<br>1585 Broadway<br>New York, NY 10036<br>Tele: (212) 969-3000 | /s/ Jeffrey R. Waxman<br>Jeffrey R. Waxman<br>1201 North Market Street, Suite 1400<br>Wilmington, DE 19801<br>Tele: (302) 295-2077<br>Eml: jwaxman@cozen.com |
| Date: December 21, 2007 | Date: December 21, 2007 |

Attorneys for Defendant, Milberg Factors, Inc.

POTTER ANDERSON & CORROON, LLP

*/s/ David J. Baldwin*

_____
Gregory A. Inskip (No. 270)
David J. Baldwin (No. 1010)
1313 North Market Street, 6th Floor
Wilmington, DE 19801
Eml: dbaldwin@potteranderson.com

Date: Dec 21, 2007

Attorney for Defendant,
Capital Factors, Inc.

YOUNG CONAWAY STARGATT
& TAYLOR

_____
C. Barr Flinn (No. 4092)
Elena C. Norman (No. 4780)
Monte T. Squire (No. 4764)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
Tele: (302) 571-6600
Eml: msquire@ycst.com

Date: _____

Attorney for Defendant,
Rosenthal & Rosenthal, Inc.


SO ORDERED

Dated: _____

_____
Honorable Leonard P. Stark
United States Magistrate Judge

POTTER ANDERSON & CORROON, LLP

_____
Gregory A. Inskip
David J. Baldwin
1313 North Market Street, 6th Floor
Wilmington, DE 19801
Eml:  dbaldwin@potteranderson.com

Date: _____

Attorney for Defendant,
Capital Factors, Inc.

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ #4780*
_____
C. Barr Flinn (No. 4092)
Elena C. Norman (No. 4780)
Monte T. Squire (No. 4764)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
Tele:  (302) 571-6600
Eml:  msquire@ycst.com

Date: 12/24/07

Attorneys for Defendant,
Rosenthal & Rosenthal, Inc.


SO ORDERED

Dated: _____

_____
Honorable Leonard P. Stark
United States Magistrate Judge