IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------ X
JEOFFREY L. BURTCH, CHAPTER 7 :
TRUSTEE, FACTORY 2-U STORES, INC., *et* :
*al.*, :
:
       Plaintiff, :
:
v. :
:   Civil action No. 1:07-cv-00556-***-LPS
MILBERG FACTORS, INC., CAPITAL :
FACTORS, INC., THE CIT :
GROUP/COMMERCIAL SERVICES, INC., :
GMAC COMMERCIAL FINANCE LLC, :
HSBC BUSINESS CREDIT (USA) INC., :
ROSENTHAL AND ROSENTHAL, INC., :
STERLING FACTORS CORPORATION, :
WELLS FARGO CENTURY INC., :
:
       Defendants. :
------------------------------------ X

### RULE 7.1 STATEMENT OF DEFENDANT
### HSBC BUSINESS CREDIT (USA) INC.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the parent companies of HSBC Business Credit (USA) Inc. are: HSBC Bank USA, N.A., HSBC North American Holdings Inc., and HSBC Holdings PLC. HSBC Holdings PLC is a publicly-held corporation.

Dated: January 4, 2008

BAYARD

_/s/ M. Augustine_
Mary E. Augustine (No. 4477)
Stephen B. Brauerman (No. 4952)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
(302) 655-5000

and

{00715214;v1}

Celia Goldwag Barenholtz, Esquire
Timothy M. Kerr, Esquire
Cooley Godward Kronish LLP
1114 Avenue of the Americas
New York, New York 10036
(212) 479-6000

Attorneys for Defendant HSBC
Business Credit (USA) Inc.

{00715214;v1}                           2