UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

------------------------------- x
JEOFFREY L. BURTCH, CHAPTER 7
TRUSTEE, FACTORY 2-U STORES, INC., *et al.*,

                Plaintiff,

            v.

MILBERG FACTORS, INC., CAPITAL FACTORS, INC., THE CIT GROUP/COMMERCIAL SERVICES, INC., GMAC COMMERCIAL FINANCE LLC, HSBC BUSINESS CREDIT (USA) INC., ROSENTHAL AND ROSENTHAL, INC., STERLING FACTORS CORPORATION, WELL FARGO CENTURY INC.,

                Defendants.
------------------------------- x

Civil Action No. 1:07-cv-00556-***-LPS

## SUBSTITUTION OF COUNSEL

Please enter the appearance of Christine S. Azar, Esquire, of Blank Rome LLP, as counsel for Defendant The CIT Group/Commercial Services Inc. and withdraw David K. Sheppard, as counsel in this action.

                BLANK ROME LLP

                By: _____
                    Michael DeBaecke (ID No. 3186)
                    Christine S. Azar (ID No. 4170)
                    Chase Manhattan Centre
                    1201 Market Street, Suite 800
                    Wilmington, DE 19801
                    Telephone: (302) 425-6400

                and

                    PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

                    Robert A. Atkins
                    Daniel H. Levi
                    Robin D. Fineman

                    1285 Avenue of the Americas
                    New York, New York 10019-6064
                    (212) 373-3000

                    *Attorneys for Defendant The CIT Group/Commercial Services Inc.*

Dated: January 24, 2008