IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHAPTER 7 TRUSTEE JEFFREY L. BURTCH, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 07-556 JJF-LPS |
| MILBERG FACTORS INC., et al., | : |
| Defendants. | : |

### O R D E R

WHEREAS, the case was recently reassigned to this Court;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. Magistrate Judge Stark shall hear and resolve all pretrial matters, up to and including the pretrial conference, subject to 28 U.S.C. § 636(b) and any further Order of the Court.

2. All subsequent filings in this action shall be captioned consistently with the caption used for this Order.

February 14, 2008
DATE

_____
UNITED STATES DISTRICT JUDGE