IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEOFFREY L. BURTCH, CHAPTER 7 )<br>TRUSTEE, FACTORY 2-U STORES, )<br>INC., et al., )<br>)<br>         Plaintiff, )<br>)<br>v. )<br>)<br>MILBERG FACTORS, INC., )<br>CAPITAL FACTORS, INC. THE CIT )<br>GROUP/COMMERCIAL SERVICES, INC.,)<br>GMAC COMMERCIAL FINANCE LLC, )<br>HSBC BUSINESS CREDIT (USA) INC., )<br>ROSENTHAL AND ROSENTHAL, INC., )<br>STERLING FACTORS CORPORATION, )<br>WELL FARGO CENTURY INC., )<br>)<br>         Defendants. )<br>) | Civil Action No. 07-556 (JJF) |

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Marc S. Raspanti, Esq., Michael A. Morse, Esq., and J. Peter Shindel Jr., Esq. to represent the Plaintiff in this matter.

/s/ Shelley A. Kinsella
Shelley A. Kinsella, Esq.
ID#: 4023
COOCH & TAYLOR, P.A.
824 Market Street, 10th Floor
Wilmington, DE 19801
Phone: (302)-984-3832
Fax: (302)-652-5379

Date: February 26, 2008

DKT. NO. _____

DT. FILED _____

## CERTIFICATION OF COUNSEL TO BE ADMITTED *PRO HAC VICE*:

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's local rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

2/21/08
Date

J. Peter Shindel Jr., Esq.
PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI, LLP
1818 Market Street, Suite 3402
Philadelphia, PA 19103
Phone: (215)-320-6200
Fax: (215)-981-0082

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEOFFREY L. BURTCH, CHAPTER 7 TRUSTEE, FACTORY 2-U STORES, INC., et al., <br><br> Plaintiff, <br><br> v. <br><br> MILBERG FACTORS, INC., CAPITAL FACTORS, INC. THE CIT GROUP/COMMERCIAL SERVICES, INC., GMAC COMMERCIAL FINANCE LLC, HSBC BUSINESS CREDIT (USA) INC., ROSENTHAL AND ROSENTHAL, INC., STERLING FACTORS CORPORATION, WELL FARGO CENTURY INC., <br><br> Defendants. | Civil Action No. 07-556 (JJF) |

## ORDER GRANTING MOTION:

IT IS HEREBY ORDERED that Counsel's motion for admission *pro hac vice* is granted.

Date: _____

_____
United States District Judge