UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

------------------------------------- x
JEOFFREY L. BURTCH, CHAPTER 7        :
TRUSTEE, FACTORY 2-U STORES, INC., *et* :  Civil Action No. 1:07-cv-00556-JJF-LPS
*al.*,                               :
                                     :
                                     :
              Plaintiff,             :
                                     :
     v.                              :
                                     :
                                     :
MILBERG FACTORS, INC., CAPITAL       :
FACTORS, INC., THE CIT               :
GROUP/COMMERCIAL SERVICES, INC.,     :
GMAC COMMERCIAL FINANCE LLC,         :
HSBC BUSINESS CREDIT (USA) INC.,     :
ROSENTHAL AND ROSENTHAL, INC.,       :
STERLING FACTORS CORPORATION,        :
WELL FARGO CENTURY INC.,             :
                                     :
                                     :
              Defendants.            :
------------------------------------- :x

## DEFENDANT'S APPLICATION FOR ORAL ARGUMENT

Pursuant to D. Del. LR 7.1.4, Defendant The CIT Group/Commercial Services, Inc., by and through the undersigned counsel, hereby requests oral argument on its Motion to Dismiss the Complaint (D.I. 26). Briefing on the Motion was completed on April 2, 2008. CIT's moving brief was filed as Docket Item No. 27, plaintiff's opposition brief was filed as Docket Item No. 50, and CIT's reply brief was filed as Docket Item No. 53.

106756.00601/40173991v.1

Respectfully submitted,

BLANK ROME LLP


By: /s/ Christine Azar
    Michael DeBaecke (ID No. 3186)
    Christine S. Azar (ID No. 4170)
    1201 Market Street, Suite 800
    Wilmington, DE 19801
    Telephone: (302) 425-6400

and

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Robert A. Atkins
Daniel H. Levi
Robin D. Fineman

1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000

*Attorneys for Defendant The CIT Group/Commercial Services Inc.*

Dated: April 2, 2008