IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEOFFREY L. BURTCH, CHAPTER 7 ) <br> TRUSTEE, FACTORY 2-U STORES, ) <br> INC., *et al.*, ) <br>            Plaintiff, ) <br> ) <br>      v. ) <br> ) <br> MILBERG FACTORS, INC. ) <br> CAPITAL FACTORS, INC., THE CIT ) <br> GROUP/COMMERCIAL SERVICES, INC., ) <br> GMAC COMMERCIAL FINANCE LLC, ) <br> HSBC BUSINESS CREDIT (USA) INC., ) <br> ROSENTHAL AND ROSENTHAL, INC., ) <br> STERLING FACTORS CORPORATION, ) <br> WELLS FARGO CENTURY, INC., ) <br> ) <br>            Defendants. ) | Civil Action No. 07-556-JJF-LPS |

## DEFENDANT ROSENTHAL'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS THE COMPLAINT

Defendant Rosenthal and Rosenthal, Inc. ("Rosenthal") hereby files this reply in further support of its motion to dismiss the Complaint pursuant to Fed. R. Civ. P. 12(b)(6) filed on December 17, 2007 (D.I. 33) and for the reasons set forth in both the *Reply Memorandum of Law in Support of Defendant The CIT Group/Commercial Services, Inc.'s Motion to Dismiss the Complaint*, filed by The CIT Group/Commercial Services, Inc. on April 2, 2008 (D.I. 53) ( the "CIT reply brief"), and the *Reply Brief of Defendants GMAC Commercial Finance LLC, Sterling Factors Corporation and Wells Fargo Century, Inc. In Further Support of Their Motion to Dismiss*, filed by GMAC Commercial Finance LLC, Sterling Factors Corporation, and Wells Fargo Century, Inc. on April 2, 2008 (D.I. 52) ( the "GMAC reply brief"). By express reference

thereto, Rosenthal joins, adopts, and/or incorporates the CIT reply brief and the GMAC reply brief fully herein.

Respectfully submitted,

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

/s/

C. Barr Flinn (No. 4092)
Elena C. Norman (No. 4780)
Monté T. Squire (No. 4764)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
(302) 571-6600
msquire@ycst.com

*Attorneys for Defendant Rosenthal & Rosenthal, Inc.*

Dated:  April 2, 2008

## CERTIFICATE OF SERVICE

I certify that on April 2, 2008, I caused a copy of the foregoing document, to be served on the below listed counsel in the manner indicated.

**BY HAND DELIVERY AND E-MAIL:**

David J. Baldwin, Esquire
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza, 6th Flr.
PO Box 951
Wilmington, DE 19899
dbaldwin@potteranderson.com

Shelly A. Kinsella, Esquire
Robert W. Pedigo, Esquire
Cooch & Taylor
824 Market St. Mall #1000
Wilmington, DE 19801
skinsella@coochtaylor.com
rpedigo@ctlaw.org

Stephen B. Brauerman, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
PO Box 25130
Wilmington, DE 19899
sbrauerman@bayardfirm.com

Mark D. Olivere, Esquire
Edwards Angell Palmer & Dodge LLP
919 N. Market Street, Suite 1500
Wilmington, DE 19801
molivere@eapdlaw.com

Michael D. Debaecke, Esquire
David Kyle Sheppard, Esquire
Blank Rome LLP
1201 N. Market Street, Suite 800
Wilmington, DE 19801
debaecke@blankrome.com
sheppard@blankrome.com

Jeffrey R. Waxman, Esquire
Cozen & O'Connor
Chase Manhattan Centre
1201 N. Market St., Suite 1400
Wilmington, DE 19801
jwaxman@cozen.com

/s/ Monté T. Squire

Monté T. Squire (No. 4764)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801
(302) 571-6713
msquire@ycst.com