IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEOFFREY L. BURTCH, CHAPTER 7 TRUSTEE, FACTORY 2-U STORES, INC., et al.,<br><br>        Plaintiffs,<br><br>        v.<br><br>MILBERG FACTORS, INC., CAPITAL FACTORS, INC., THE CIT GROUP/COMMERCIAL SERVICES, INC., GMAC COMMERCIAL FINANCE LLC, HSBC BUSINESS CREDIT (USA) INC., ROSENTHAL AND ROSENTHAL, INC., STERLING FACTORS CORPORATION, WELL FARGO CENTURY, INC.,<br><br>        Defendants. | Civil Action No. 1:07-cv-00556-JJF-LPS<br><br>**DECLARATION OF STUART M. BROWN IN FURTHER SUPPORT OF MOTION TO DISMISS OF DEFENDANTS GMAC COMMERCIAL FINANCE LLC, STERLING FACTORS CORPORATION and WELLS FARGO CENTURY, INC.** |

STUART M. BROWN, declares under penalty of perjury and says:

I am a member of the Bar of this Court and of the firm of Edwards Angell Palmer & Dodge LLP, attorneys for defendants, GMAC Commercial Finance LLC, Sterling Factors Corporation and Wells Fargo Century, Inc. I am fully familiar with the facts and circumstances in this action. I make this declaration in further support of the aforementioned defendants' motion to dismiss the Complaint in the within action for failing to state a claim pursuant to Fed. R. Civ. P. 12(b)(6), and because it is time-barred.

Annexed hereto in support of the motion, are the following exhibits:

| EXHIBIT | DESCRIPTION |
|---|---|
| "A" | Announcement of Factory 2-U Stores, Inc.'s Fiscal 2003 Third Quarter Operating Results, dated November 12, 2003 |

997870.1

I declare under penalty of perjury that the forgoing is true and correct.

Executed:   April ___, 2008
            Wilmington, Delaware

_____
STUART M. BROWN

997870.1

Copyright 2003 EDGAR Online, Inc.
EDGAR Online

FACTORY 2 U STORES INC

**EXHIBIT TYPE:** EXHIBIT 99 - Additional Exhibits

**FILING DATE:** November 13, 2003

* * * * * * * * * * COMPANY INFORMATION * * * * * * * * * *

**SIC CODES:**
5651 - Family clothing stores
**INDUSTRY TYPE:** Retail (Apparel)
**SECTOR ID:** Services

* * * * * * * * * * CONTENTS * * * * * * * * * *

Retrieve All - Form and Exhibits
Retrieve Filing

* * * * * * * * * * TEXT * * * * * * * * * *

Exhibit 99.1

FACTORY 2-U STORES, INC. ANNOUNCES FISCAL 2003

THIRD QUARTER OPERATING RESULTS

SAN DIEGO, CA, November 12, 2003 - FACTORY 2-U STORES, INC.(Nasdaq:FTUS) today announced its operating results for the third quarter endedNovember 1, 2003.

Net sales for the third quarter were $121.9 million compared to $134.5million for the same period last year, a decrease of 9.4%. Comparable storesales for the third quarter decreased 6.9% versus a decrease of 5.6% for thesame period last year. Comparable customer transaction counts increased 4.3%,the market basket size increased 13.1% and the average unit retail declined21.1% for the third quarter this year. The Company reported a net loss of $3.0million, or $0.17 per share, compared to a net loss of $3.5 million, or $0.27per share for the same period last year.

Net sales for the nine months ended November 1, 2003 were $349.9million compared to $379.5 million for the same period last year, a decrease of7.8%. Comparable store sales decreased 4.7% versus a decrease of 8.5% for thesame period last year. Comparable customer transaction counts increased 5.4%,the market basket size increased 12.8% and the average unit retail declined19.8% for the nine-month period this year. The Company reported a net loss of$11.1 million, or $0.71 per share compared to a net loss of $12.5 million, or$0.97 per share for the same period last year. Excluding the previouslyannounced pre-tax reduction of approximately $1.2 million to valuation reservesestablished at the end of our fiscal 2002 for slow and aged inventory andcertain stock subscriptions notes receivable secured by our common stock, andthe pre-tax $2.1 million legal settlement for the same period last year, ourloss would have been $11.9 million, or $0.76 per share, compared to a net lossof $11.2 million, or $0.87 per share for the same period last year.

Bill Fields, Chairman and Chief Executive Officer commented, "Thoughour third quarter's sales were below our expectation, our third quarter'soperating results were at the low end of our guidance. This result was due tolower than anticipated markdown volume and distribution costs during the thirdquarter."

Mr. Fields continued, "As we approach the Holiday season, we are in anexcellent inventory position. Average inventories per store were up 8% at theend of October compared to last year and we continue to receive a steady flow ofmerchandise for the Holiday season. We expect the majority of Holiday and otherseasonal merchandise receipts to be substantially completed by mid November. Wealso expect to end our fiscal year in a stronger inventory position, as year-endaverage inventories per store are planned to be up over 30%."

Mr. Fields concluded, "With an improved inventory position and in-storeexecution, we expect comparable store sales to increase approximately 3% andearnings of approximately $0.06 per diluted share for the fourth quarter endingJanuary 31, 2004."

The Company will host a real-time webcast presentation and liveconference call to discuss our third quarter operating results and expectationsfor the fourth quarter, today at 5:00 P.M. Eastern Standard Time. To participatein the call, dial 1-800-843-7949 five minutes before the call or access theInternet at www.factory2-u.com. All shareholders and other interested partiesare encouraged to participate. A replay of the call will be offered two hoursafter the call for 48 hours by dialing 1-800-642-1687, ID# 3719224 or on theInternet through November 26, 2003. You may also obtain a transcript of the callby contacting Kehoe, White & Co., Inc. at 1-562-437-0655.

We will provide a mid-month sales update for November on November 17,2003 at 5:00 P.M. Eastern Standard Time. Those interested can access this updatemessage at 1-888-201-9603. This message will remain available until December 22,2003. We will release our November sales results on December 3, 2003 after themarket closes, or approximately 4:00 P.M. Eastern Standard Time.

FACTORY 2-U STORES, INC. operates 243 "Factory 2-U" off-price retailstores which sell branded casual apparel for the family, as well as selecteddomestics and household merchandise at prices which generally are significant-lylower than the prices offered by its discount competitors. The Company operates32 stores in Arizona, 2 stores in Arkansas, 65 stores in southern California, 63stores in northern California, 1 store in Idaho, 8 stores in Nevada, 9 stores inNew Mexico, 1 store in Oklahoma, 14 stores in Oregon, 34 stores in Texas, and 14stores in Washington.

Except for the historical information contained herein, the matters discussed inthis news release are forward-looking statements that involve risks anduncertainties, and actual results could differ materially from the Company'spresent expectations. Among the important factors that could cause actualresults to differ materially from those indicated in the forward-lookingstatements are: customer demand and trends in the off-price apparel indus-try,the effect of economic conditions, the impact of competitive openings andpricing, supply constraints or diffi-culties, and other risks detailed in theCompany's Securities and Exchange Commission filings.

(tables follow)

FACTORY 2-U STORES, INC.
Statements of Operations
(in thousands, except per share data)
(Unaudited)

|  | 13 Weeks Ended | | 39 Weeks Ended | |
|---|---|---|---|---|
|  | November 1, 2003 | November 2, 2002 | November 1, 2003 | November 2, 2002 |
| Net sales | $ 121,925 | $ 134,506 | $ 349,931 | $ 379,545 |
| Cost of sales | 80,269 | 89,854 | 232,071 | 252,706 |
| Gross profit | 41,656 | 44,652 | 117,860 | 126,839 |
| Selling and administrative expenses | 45,579 | 49,057 | 133,082 | 144,936 |
| Pre-opening and closing expenses | - | 366 | 221 | 1,069 |
| Operating loss | (3,923) | (4,771) | (15,443) | (19,166) |
| Interest expense, net | 928 | 515 | 2,497 | 1,083 |
| Loss before income taxes | (4,851) | (5,286) | (17,940) | (20,249) |
| Income tax benefit | (1,843) | (1,770) | (6,821) | (7,755) |
| Net loss | $ (3,008) | $ (3,516) | $ (11,119) | $ (12,494) |
| Loss per share: |  |  |  |  |
| Basic | $ (0.17) | $ (0.27) | $ (0.71) | $ (0.97) |
| Diluted | $ (0.17) | $ (0.27) | $ (0.71) | $ (0.97) |
| Weighted average common shares outstanding: |  |  |  |  |
| Basic | 17,237 | 12,970 | 15,688 | 12,943 |
| Diluted | 17,237 | 12,970 | 15,688 | 12,943 |

FACTORY 2-U STORES, INC.
BALANCE SHEETS
(in thousands)
(Unaudited)

|  | November 1, 2003 | November 2, 2002 | February 1, 2003 |
|---|---|---|---|
| ASSETS |  |  |  |
| Current assets: |  |  |  |
| Cash and cash equivalents | $ 5,731 | $ 5,922 | $ 3,465 |
| Merchandise inventory | 85,207 | 83,461 | 32,171 |
| Accounts receivable, net | 481 | 2,613 | 884 |
| Income taxes receivable | -- | 7,820 | 8,200 |
| Prepaid expenses | 6,622 | 6,109 | 5,436 |
| Deferred income taxes | 9,753 | 3,553 | 9,732 |
| Total current assets | 107,794 | 109,478 | 59,888 |
| Leasehold improvements and equipment, net | 22,691 | 34,856 | 28,602 |
| Deferred income taxes | 17,656 | 7,182 | 10,750 |
| Other assets | 781 | 985 | 963 |
| Goodwill | 26,301 | 26,301 | 26,301 |
| Total assets | $ 175,223 | $ 178,802 | $ 126,504 |
| LIABILITIES AND STOCKHOLDERS' EQUITY |  |  |  |
| Current liabilities: |  |  |  |
| Current portion of long-term debts | $ 3,035 | $ 2,000 | $ 3,000 |
| Junior secured term loans | 7,500 | -- | -- |
| Accounts payable | 54,180 | 42,047 | 27,961 |
| Taxes payable | 4,859 | 3,234 | 5,840 |
| Accrued expenses and other liabilities | 23,117 | 26,322 | 27,831 |
| Total current liabilities | 92,691 | 73,603 | 64,632 |
| Revolving credit facility | 17,751 | 30,046 | 6,300 |
| Long-term debts | 7,280 | 9,181 | 6,445 |
| Accrued restructuring charges | 4,749 | 3,578 | 1,747 |
| Deferred rent | 2,974 | 3,291 | 3,061 |
| Total liabilities | 125,445 | 119,699 | 82,185 |
| Stockholders' equity | 49,778 | 59,103 | 44,319 |
| Total liabilities and stockholders' equity | $ 175,223 | $ 178,802 | $ 126,504 |

ACCESSION NUMBER: 0000813775-03-000042

LANGUAGE: ENGLISH

LOAD-DATE: February 10, 2007

Copyright 2003 EDGAR Online, Inc.
EDGAR Online

FACTORY 2 U STORES INC

FORM TYPE: 8-K

DOCUMENT DATE: November 12, 2003

FILING DATE: November 13, 2003

* * * * * * * * * * COMPANY INFORMATION * * * * * * * * * * *
ADDRESS: SAN DIEGO, California, 92123-1866
CIK: 0000813775
TICKER: FTUSQ
EXCHANGE: Pink Sheets
SIC CODES:
5651 - Family clothing stores
INDUSTRY TYPE: Retail (Apparel)
SECTOR ID: Services

* * * * * * * * * * FILING DATA * * * * * * * * * * *
REPORT PERIOD: November 12, 2003
SEC FILE NUMBER: 001-10089

* * * * * * * * * * CONTENTS * * * * * * * * * * *

- Retrieve All - Form and Exhibits
- Results of Operations
- Signatures
- Exhibit Index
- EXHIBIT 99 - Additional Exhibits

* * * * * * * * * * TEXT * * * * * * * * * * *

UNITED STATES

SECURITIES AND EXCHANGE COMMISSION

Washington, D.C. 20549

FORM 8-K

CURRENT REPORT

Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934

Date of Report(Date of earliest event reported): November 12, 2003

FACTORY 2-U STORES, INC.(Exact name of registrant as specified in its charter)

DELAWARE(State or other jurisdiction of incorporation)

| 1-10089 | 51-0299573 |
|---|---|
| (Commission File Number) | (IRS Employer Identification No.) |

4000 RUFFIN ROAD, SAN DIEGO, CALIFORNIA 92123(Address of principal executive offices)

Registrant's telephone number, including area code: (858) 627-1800

NA(Former name or former address, if changed since last report)

The information in this Current Report on Form 8-K, including the exhibit, isfurnished pursuant to Item 12 and shall not be deemed "filed" for the purposesof Section 18 of the Securities and Exchange Act of 1934, as amended, orotherwise subject to the liabilities under that Section. In addition, theinformation in this Current Report on Form 8-K, including the exhibits, shallnot be deemed to be incorporated by reference into the filings of Factory 2-UStores, Inc. under the Securities Act of 1933, as amended.

| Exhibit No. | Item 7. Exhibits Description |
|---|---|
| 99.1 | Press release of Factory 2-U Stores, Inc., dated November 12, 2003. |

Return to Contents

Item 12. Results of Operations and Financial Condition

On November 12, 2003, we announced the operating results for the 13 and 39 weeksended November 1, 2003. In addition, we held a web-cast presentation and liveconference call discussing the operating results of our third quarter. The fulltext of our press release dated November 12, 2003 is attached as exhibitthereto. A replay of the conference call is available for 48 hours by telephoneor on the Internet for two weeks from November 12, 2003. A transcript of theconference call is available by contacting Kehoe, White & Co., Inc. at1-562-437-0655.

Return to Contents

SIGNATURE

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

FACTORY 2-U STORES, INC. (Registrant)

By: |s|Douglas C. Felderman
--------------------------
Douglas C. Felderman
Executive Vice President and
Chief Financial Officer

November 13, 2003
--------------------------
Date

Return to Contents

EXHIBIT INDEX

| Exhibit No. | Description |
| --- | --- |
| 99.1 | Press release of Factory 2-U Stores, Inc., dated November 12, 2003. |

ACCESSION NUMBER: 0000813775-03-000042

LANGUAGE: ENGLISH

LOAD-DATE: February 10, 2007

## CERTIFICATE OF SERVICE

I, Denise Seastone Kraft, hereby certify that on April 2, 2008, a copy of the **Declaration of Stuart M. Brown in Further Support of Motion to Dismiss of Defendants GMAC Commercial Finance LLC, Sterling Factors Corporation and Wells Fargo Century, Inc.** was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to counsel of record and the document is available for viewing and downloading from CM/ECF.

　　　　　　　　　　　　　　　　　　　　　/s/ Denise Seastone Kraft
　　　　　　　　　　　　　　　　　　　　　Denise Seastone Kraft (No. 2778)

WLM 513142.1
WLM 513143.1