**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
        :
JEOFFREY L. BURTCH, CHAPTER 7    :
TRUSTEE, FACTORY 2-U STORES, INC., *et* :
*al.*,         :
        :
       Plaintiff,    :
        :
       v.      :
        :    C. A. No. 07-00556-JJF-LPS
MILBERG FACTORS, INC., CAPITAL   :
FACTORS, INC., THE CIT    :
GROUP/COMMERCIAL SERVICES, INC., :
GMAC COMMERCIAL FINANCE LLC,  :
HSBC BUSINESS CREDIT (USA) INC.,  :
ROSENTHAL AND ROSENTHAL, INC.,  :
STERLING FACTORS CORPORATION,  :
WELL FARGO CENTURY INC.,   :
        :
      Defendants.   :
        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**REPLY OF DEFENDANT MILBERG FACTORS, INC.  IN SUPPORT OF**
**MOTION TO DISMISS AND JOINDER IN AND TO (I) THE REPLY OF CIT**
**GROUP/COMMERCIAL SERVICES, INC. IN SUPPORT OF MOTION TO DISMISS**
**THE COMPLAINT AND (II) THE REPLY OF GMAC COMMERCIAL FINANCE LLC,**
**STERLING FACTORS CORPORATION, AND WELLS FARGO CENTURY, INC.**
**IN SUPPORT OF MOTION  TO DISMISS [Docket Nos. 35, 52, 53]**

     Milberg Factors, Inc. ("Milberg"), a defendant in the above-captioned proceeding, hereby

files this reply in support of its motion to dismiss and joins in the replies of The CIT

Group/Commercial Services, Inc. and GMAC Commercial Finance LLC, Sterling Factors

Corporation, and Wells Fargo Century, Inc. in support of the motion to dismiss (collectively, the

"Reply Memoranda"), and for the reasons set forth in the Reply Memoranda, each of which is

incorporated by reference as though set forth fully herein, Milberg respectfully submits that the

complaint be dismissed.

Dated:  April 2, 2008                         COZEN O'CONNOR

_____

Jeffrey R. Waxman (No. 4159)
1201 N. Market Street, Suite 1400
Wilmington, DE  19801
Telephone:  (302) 295-2000
Facsimile:  (302) 295-2013

-and-

Colin Underwood, Esquire
PROSKAUER ROSE LLP
1585 Broadway
New York, NY 10036

*Counsel to Milberg Factors, Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                    :
JEOFFREY L. BURTCH, CHAPTER 7                        :
TRUSTEE, FACTORY 2-U STORES, INC., et               :
al.,                                                 :
                                                    :
                    Plaintiff,                       :
                                                    :
            v.                                       :
                                                    :   C. A. No. 07-00556-JJF-LPS
MILBERG FACTORS, INC., CAPITAL                       :
FACTORS, INC., THE CIT                               :
GROUP/COMMERCIAL SERVICES, INC.,                     :
GMAC COMMERCIAL FINANCE LLC,                         :
HSBC BUSINESS CREDIT (USA) INC.,                     :
ROSENTHAL AND ROSENTHAL, INC.,                       :
STERLING FACTORS CORPORATION,                        :
WELL FARGO CENTURY INC.,                             :
                                                    :
                    Defendants.                      :
                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## CERTIFICATE OF SERVICE

I, Jeffrey R. Waxman, certify that I am not less than 18 years of age, and that service of

the *Reply of Defendant Milberg Factors, Inc. in Support of Motion to Dismiss and Joinder in and*

*to (I) the Reply of CIT Group/Commercial Services, Inc. in Support of Motion to Dismiss the*

*Complaint and (II) the Reply of GMAC Commercial Finance LLC, Sterling Factors Corporation,*

*and Wells Fargo Century, Inc. In Support Of Motion To Dismiss* was made on April 2, 2008

upon the following parties:

**HAND DELIVERY**
Robert W. Pedigo, Esquire
Shelley A. Kinsella, Esquire
Cooch & Taylor
824 North Market Street, Suite 1000
Wilmington, DE 19801

WILM1\26501\1 137249.000

*(Counsel to Plaintiff)*

Office of the United States Trustee
844 North King Street
Wilmington, DE  19801

Gregory A. Inskip, Esquire
David J. Baldwin, Esquire
Potter Anderson & Corroon, LLP
1313 N. Market Street, 6th Floor
Wilmington, DE 19801
*(Counsel to Capital Factors, Inc.)*

David K. Sheppard, Esquire
Blank Rome LLP
1201 N. Market Street, Suite 800
Wilmington, DE 19801
*(Counsel to The CIT  Group/Commercial Services, Inc.)*

Stuart M. Brown, Esquire
Denise Seastone Kraft, Esquire
Mark D. Olivere, Esquire
Edwards Angell Palmer & Dodge LLP
919 N. Market Street, Suite 1500
Wilmington, DE 19801
*(Counsel to GMAC Commercial Finance LLP; Wells Fargo Century, Inc.)*

Stuart M. Brown, Esquire
Denise Seastone Kraft, Esquire
Mark D. Olivere, Esquire
Edwards Angell Palmer & Dodge LLP
919 N. Market Street, Suite 1500
Wilmington, DE 19801
*(Counsel to Sterling Factors Corporation)*

Mary E. Augustine, Esquire
Stuart M. Brown, Esquire
Stephen B. Brauerman, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
*(Counsel to HSBC Business Credit (USA) Inc.)*

C. Barr Flinn, Esquire
Elena C. Norman, Esquire
Monté T. Squire, Esquire
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
*(Counsel to Rosenthal & Rosenthal, Inc.)*

**FIRST CLASS MAIL**
Joseph D. Mancano, Esquire
Pietragallo Bosick & Gordon, LLP
Four Glenhardie Corporate Center
1255 Drummers Lane, Suite 105
Wayne, PA 19087
*(Counsel to Plaintiff)*

Daniel Wallen, Esquire
Bernard Beitel, Esquire
Lloyd M. Green, Esquire
Otterbourg, Steindler Houston & Rosen, P.C.
230 Park Avenue
New York, NY 10169
*(Counsel to GMAC Commercial Finance LLP; Wells Fargo Century, Inc.,
Sterling Factors Corporation)*

Celia Goldwag Barenholtz, Esquire
Timothy M. Kerr, Esquire
Cooley Godward Kronish LLP
1114 Avenue of the Americas
New York, NY 10036
*(Counsel to HSBC Business Credit (USA) Inc.)*

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: April 2, 2008                    COZEN O'CONNOR

Jeffrey R. Waxman (No. 4159)

WILM1\26501\1 137249.000                    3