IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHAPTER 7 TRUSTEE JEFFREY L. BURTCH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-556 JJF-LPS |
| | ) | |
| MILBERG FACTORS, INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DEFENDANT CAPITAL FACTORS, INC.'S
## MOTION TO DISMISS THE COMPLAINT

Defendant Capital Factors, Inc. ("Capital Factors") hereby moves the Court to dismiss the Complaint pursuant to Fed. R. Civ. P. 12(b)(6) for the reasons set forth in both the *Reply Memorandum of Law in Support of Defendant The CIT Group/Commercial Services, Inc.'s Motion to Dismiss the Complaint*, filed by The CIT Group/Commercial Services, Inc. on April 2, 2008 (D.I. 53) (the "CIT reply") and *Reply Brief of Defendants GMAC Commercial Finance LLC, Sterling Factors Corporation and Wells Fargo Century, Inc. In Support of Their Motion to Dismiss*, filed by GMAC Commercial Finance LLC, Sterling Factors Corporation, and Wells Fargo Century, Inc. on April 2, 2008 (D.I. 52) (the "GMAC reply"). By express reference thereto, Capital Factors joins, adopts, and/or incorporates the CIT and GMAC replys fully herein.

POTTER ANDERSON & CORROON LLP

By: /s/ David J. Baldwin
Gregory A. Inskip (ID No. 270)
David J. Baldwin (ID No. 1010)
Hercules Plaza, 6th Floor
1313 North Market Street
P.O. Box 951
Wilmington, Delaware 19899-0951
Tel: (302) 984-6000
Fax: (302) 658-1192
ginskip@potteranderson.com
dbaldwin@potteranderson.com

*Attorneys for Defendant Capital Factors, Inc.*

Dated: April 3, 2008
858468/ 32419

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHAPTER 7 TRUSTEE JEFFREY L. BURTCH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-556 JJF-LPS |
| | ) |
| MILBERG FACTORS, INC., et al. | ) |
| | ) |
| Defendants. | ) |
| | ) |

### ORDER

This _____ day of _____, 2008, the Court having considered Defendant Capital Factors, Inc.'s Motion to Dismiss the Complaint and the parties' arguments and briefing in support thereof and in opposition thereto,

**IT IS HEREBY ORDERED** that Defendant Capital Factors, Inc.'s Motion to Dismiss the Complaint is **GRANTED**.

_____
United States District Judge

858468 / 32419