IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHAPTER 7 TRUSTEE JEFFREY L. BURTCH, | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 07-556-JJF-LPS |
| MILBERG FACTORS INC., ET AL., | : | |
| Defendants. | : | |

### ORDER

At Wilmington this **21st day of August, 2008.**

IT IS ORDERED that oral argument on defendants' motions to dismiss (D.I. 26, 29, 33, 35, 37, 38) is hereby scheduled for **October 20, 2008 at 10:00 a.m.** in courtroom 2A before the Honorable Leonard P. Stark.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

_____
UNITED STATES MAGISTRATE JUDGE