IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JEOFFREY L. BURTCH, CHAPTER 7 TRUSTEE, FACTORY 2-U STORES, INC., *et al.*, <br>         Plaintiff, <br><br> v. <br><br> MILBERG FACTORS, INC. CAPITAL FACTORS, INC., THE CIT GROUP/COMMERCIAL SERVICES, INC., GMAC COMMERCIAL FINANCE LLC, HSBC BUSINESS CREDIT (USA) INC., ROSENTHAL AND ROSENTHAL, INC., STERLING FACTORS CORPORATION, WELLS FARGO CENTURY, INC., <br><br>         Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 07-556-JJF-LPS |

**NOTICE OF WITHDRAWAL OF COUNSEL**

Pursuant to D. Del. LR 83.7, PLEASE TAKE NOTICE that Monté T. Squire, Esquire, of the law firm Young Conaway Stargatt & Taylor, LLP, 1000 West Street, Wilmington, Delaware, 19801 hereby withdraws his appearance on behalf of Defendant Rosenthal & Rosenthal Inc. Defendant Rosenthal & Rosenthal Inc. continue to be represented by the law firm of Young Conaway Stargatt & Taylor, LLP.

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

_____
C. Barr Flinn (No. 4092)
Elena C. Norman (No. 4780)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
(302) 571-6600
enorman@ycst.com

*Attorneys for Defendant Rosenthal & Rosenthal, Inc.*

Dated:  August 28, 2008

## CERTIFICATE OF SERVICE

I, Elena C Norman, Esquire, hereby certify that on August 28, 2008, I caused to be electronically filed a copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

David J. Baldwin, Esquire
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza, 6th Flr.
PO Box 951
Wilmington, DE 19899
dbaldwin@potteranderson.com

Shelly A. Kinsella, Esquire
Robert W. Pedigo, Esquire
Cooch & Taylor
824 Market St. Mall #1000
Wilmington, DE 19801
skinsella@coochtaylor.com
rpedigo@ctlaw.org

Stephen B. Brauerman, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
PO Box 25130
Wilmington, DE 19899
sbrauerman@bayardfirm.com

Mark D. Olivere, Esquire
Edwards Angell Palmer & Dodge LLP
919 N. Market Street, Suite 1500
Wilmington, DE 19801
molivere@eapdlaw.com

Michael D. Debaecke, Esquire
David Kyle Sheppard, Esquire
Blank Rome LLP
1201 N. Market Street, Suite 800
Wilmington, DE 19801
debaecke@blankrome.com
sheppard@blankrome.com

Jeffrey R. Waxman, Esquire
Cozen & O'Connor
Chase Manhattan Centre
1201 N. Market St., Suite 1400
Wilmington, DE 19801
jwaxman@cozen.com

I further certify that on August 28, 2008, I caused a copy of the foregoing document to be served by hand delivery and e-mail on the above-listed counsel of record.

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

_____
C. Barr Flinn (No. 4092)
Elena C. Norman (No. 4780)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19899
(302) 571-6600
enorman@ycst.com